**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF MISSOURI

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

☑ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**06/24**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | Scott <br> First name <br><br> Eugene <br> Middle name <br><br> Grant <br> Last name and Suffix (Sr., Jr., II, III) | First name <br><br> Middle name <br><br> Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** <br><br> Include your married or maiden names and any assumed, trade names and *doing business as* names. <br><br> Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | FDBA  Grant's Custom Homes, LLC <br> FDBA  Porters Electrical Company, LLC <br> FDBA  Grants Enterprise, LLC <br> DBA  Kellogg Holding Company LLC <br> DBA  Elite-Builders LLC <br> FDBA  CGG Properties LLC <br> FDBA  Country Club Villas LLC <br> FDBA  Grants Realty Team LLC <br> DBA  Lakes Edge Country Club LLC <br> FDBA  Oak Grove 72 LLC <br> FDBA  SEG Properties LLC <br> FDBA  Tall Grass Development LLC <br> FDBA  Woodland Acres LLC <br> DBA  Loch Leonard LLC | |

Debtor 1    Scott Eugene Grant                                              Case number *(if known)*

3.   **Only the last 4 digits of
     your Social Security
     number or federal
     Individual Taxpayer
     Identification number**
     (ITIN)                        xxx–xx–0987

Debtor 1    Scott Eugene Grant

Case number *(if known)*

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | _____<br>EIN | _____<br>EIN |
| **5. Where you live** | 800 Kellogg Road<br>Pleasant Hill, MO 64080<br>Number, Street, City, State & ZIP Code<br><br>Cass<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

Debtor 1 _Scott Eugene Grant_                                        Case number *(if known)* _____

| Part 2: | Tell the Court About Your Bankruptcy Case |

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Do you rent your residence?**

■ No.   Go to line 12.
☐ Yes.  Has your landlord obtained an eviction judgment against you?

   ☐ No. Go to line 12.

   ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    Scott Eugene Grant                                              Case number *(if known)*

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.    Go to Part 4.

☐ Yes.    Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**
For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No.    I am not filing under Chapter 11.

■ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.    What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1   Scott Eugene Grant

Case number *(if known)*

---

**Part 5:**   **Explain Your Efforts to Receive a Briefing About Credit Counseling**

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15.** **Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

---

Debtor 1    Scott Eugene Grant                                                        Case number *(if known)*

---

## Part 6:    Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

---

**17. Are you filing under Chapter 7?**

■ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

---

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

## Part 7:    Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Scott Eugene Grant

Scott Eugene Grant                                          Signature of Debtor 2
Signature of Debtor 1

Executed on    January 31, 2025                            Executed on
                MM / DD / YYYY                                          MM / DD / YYYY

---

Debtor 1 _Scott Eugene Grant_     Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

| | | |
|---|---|---|
| /s/ Colin Gotham | Date | January 31, 2025 |
| Signature of Attorney for Debtor | | MM / DD / YYYY |

Colin Gotham KS#19538; MO#52343
Printed name

Evans & Mullinix, P.A.
Firm name

7225 Renner Road, Suite 200
Shawnee, KS 66217
Number, Street, City, State & ZIP Code

Contact phone   (913) 962-8700     Email address   cgotham@emlawkc.com

KS#19538; MO#52343 MO
Bar number & State

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Western District of Missouri

In re   Scott Eugene Grant _____   Case No. _____
                                    Debtor(s)                    Chapter    11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept _____   $ _____ Hourly

    Prior to the filing of this statement I have received _____   $ _____ 12,262.00

    Balance Due _____   $ _____ Hourly

2.  $ __1,738.00__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    [✔] Debtor      [ ] Other (specify):

4.  The source of compensation to be paid to me is:

    [✔] Debtor      [ ] Other (specify):

5.  [✔] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    [ ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  All to be provided on an hourly basis pursuant to the terms of the of the Application to Employ Counsel.

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

    a. Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary
    proceedings, reaffirmations and redemptions.

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

_____        /s/ Colin Gotham
_Date_                                   Colin Gotham KS#19538; MO#52343
                                         _Signature of Attorney_
                                         Evans & Mullinix, P.A.
                                         7225 Renner Road, Suite 200
                                         Shawnee, KS 66217
                                         (913) 962-8700  Fax: (913) 962-8701
                                         cgotham@emlawkc.com
                                         _Name of law firm:_ Evans & Mullinix, P.A.

---

A Bright Plumbing, LLC
18107 East 18th Terrrace North
Independence MO 64058

AA Quarry, LLC
381 NW AA Hwy
Kingsville MO 64061

Academy Bank
PO Box 26458
Kansas City MO 64196

Adam J. Feldman, Esq.
147 Willis Avenue
Mineola NY 11501

Advanced Erosion Solutions
15257 South Keeler Street
Olathe KS 66062

Advantage Overhead Door of Odessa, LLC
407 East Phillips Street
Odessa MO 64076

AH Quality Painting, LLC
14309 East 39th Street South
Independence MO 64055-4223

Ahmann Design, Inc.
1950 Boyson Road
Hiawatha IA 52233

Amex
Correspondence/Bankruptcy
Po Box 981535
El Paso TX 79998

Amex
P.o. Box 981537
El Paso TX 79998

Angela & Mark Moorehouse
601 Kellogg Rd
Pleasant Hill MO 64080

Ariel Bouskila
BERKOVITCH & BOUSKILA, PLLC
1545 Route 202
Pomona NY 10970-2981


Attorney General
Main Justice Building
950 Pennsylvania Avenue NW
Washington DC 20530-0001


Bank 21
Blue Springs Banking Center
3301 SW Highway 7
Blue Springs MO 64014


Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa FL 33634


Bank of America
Po Box 982238
El Paso TX 79998


Bank of Prarie Village
3515 West 75th Street
Suite 100
Prairie Village KS 66208


Benjamin & Laura Stewart
1706 Country Club Drive
Pleasant Hill MO 64080


Binswanger Glass
6219 Nieman Road
Shawnee KS 66203


Blue Cedar Landscape, LLC
17808 MO-58
Raymore MO 64083


Bob D. Campbell & Co.
4338 Belleview Avenue
Kansas City MO 64111

Brett and Kacey Wolff
30108 Stingtown Road
Pleasant Hill MO 64080


Brians Drywall & Painting
808 Johnson Circle
Pleasant Hill MO 64080


Builders FirstSource
6031 Connection Drive
Suite 400
Irving TX 75039


Burch Construction
dba Professional Concrete Services
PO Box 481
Belton MO 64012


Canyon Stone, Inc.
550 E Old Highway 56
Suite B
Olathe KS 66061-4604


Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City UT 84130


Capital One
Attn: General Correspondence
PO Box 30285
Salt Lake City UT 84130-0285


Capital One
Po Box 31293
Salt Lake City UT 84131


Cardoza's Painting LLC
Attn: Omar Cardoza
1048 Reynolds Avenue
Kansas City KS 66102


Carl and Mary Davis
20810 E. 163rd Street
Greenwood MO 64034

Cass County Treasurer
Cass County Courthouse
102 East Wall Street
Harrisonville MO 64701


Castle Framing LLC
18517 East Salisbury Road
Independence MO 64056


Christopher M. Napolitano
1100 Main Street
Suite 2121
Kansas City MO 64105


Citibank
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790040
St Louis MO 63179


Citibank
Po Box 6217
Sioux Falls SD 57117


City of Pleasant Hill
203 Paul Street
Pleasant Hill MO 64080


Commerce Bank
P.O. Box 411036
Kansas City MO 64141


Commerce Bank
Attn Bankruptcy Notices
PO Box 419248 KCREC-10
Kansas City MO 64141


CommunityAmerica Credit Union
9777 Ridge Drive
Lenexa KS 66219


Consolidated Supply Co Inc dba CKF
10821 Lakeview Avenue
Lenexa KS 66219

Cross First Bank
4622 Pennsylvania Avenue
Suite 1500
64112


Desarae G. Harrah
1903 Wyandotte Street, Suite 100
Kansas City MO 64108


Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany OH 43054


Discover Financial
Po Box 30939
Salt Lake City UT 84130


Dollar Bank Fsb
Po Box 8469
Canton OH 44711


Dykes Industries, Inc.
309 Center Street
Little Rock AR 72201


Dykes Industries, Inc.
d/b/a Morgan-Wightman Supply Company
105 East Street, Suite 14200
Parkville MO 64152


Elitecrete Construction
325 East Mason Street
Odessa MO 64076


Evergy Inc
PO Box 11739
Kansas City MO 64138


Factory Direct Appliance
101 NE 91st Street
Kansas City MO 64155

Fall River Holdings
dba Worldwide Steel Buildings
10606 State Route YY
Peculiar MO 64078


Ferguson Enterprises, LLC
3901 West Reno Avenue
Oklahoma City OK 73107


Flawless Custom Tile LLC
Attn: Derrick Hendrix
230 NE 82nd Street
Kansas City MO 64118


Gabriel J. Breenbaum
McAnany, Van Cleave & Phillips, P.A.
10 East Cambridge Circle Drive
Suite 300
Kansas City KS 66103


Gary J. Willnauer
Morrow Willnauer Church LLC
8330 Ward Parkway, Suite 300
Kansas City MO 64111-4000


Gaumats International LLC
1251 NW Granite Drive
Grain Valley MO 64029


Gm Financial
801 Cherry Street, Ste. 3600
Fort Worth TX 76102


Gm Financial
Po Box 181145
Arlington TX 76096


Grant's Custom Homes, LLC
800 Kellogg Road
Pleasant Hill MO 64080


Grants Enterprise, LLC
800 Kellogg Road
Pleasant Hill MO 64080

Grants Enterprise, LLC
1001 Cedar Street
Pleasant Hill MO 64080


Gregory D. Todd
Armstrong Teasdale LLP
2345 Grand Blvd, Suite 1500
Kansas City MO 64108


Haynes Equipment
15725 South Pflumm Road
Olathe KS 66062


Heartland Stucco, Inc
2701 SW Ward Road
Lees Summit MO 64082


Helt's Turf Farms LLC
24600 East State Route P
Pleasant Hill MO 64080


Impact Electrical Solutions
915 SW Richwood Drive
Blue Springs MO 64015


Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia PA 19101-7346


Internal Revenue Service
Attn: Insolvency/Advisory
Mail Stop 5334 LSM
2850 NE Independence Ave
Lees Summit MO 64064


JACOVETTI LAW, P.C.
194 Old Country Road
Mineola NY 11501-4206


James F. Freeman, III
Swanson Midgley, LLC
2420 Pershing Road, Suite 400
Kansas City MO 64108

James T. Lorenzetti
Robert A. Kumin, P.C.
5800 Foxridge Drive
Suite 306
Mission KS 66202-2338


James Z. Wilkerson
1100 Main Street, Suite 2121
Kansas City MO 64105


Jay Henges Enterprises Inc.
4133 Shnoreline Drive
Earth City MO 63045-1211


Jayhawk Fire Sprinkler Co, Inc.
12030 South Hedge Lane Terrace
Olathe KS 66061


Jpmcb
MailCode LA4-7100
700 Kansas Lane
Monroe LA 71203


Jpmcb
Po Box 15369
Wilmington DE 19850


KAT Excavation, Inc.
309 North Oak Street
Bates City MO 64011


KC Tech Systems
7868 NW 100th Street
Kansas City MO 64153


KC Truss and Panel, Inc.
5403 SE US Highway 40
Blue Springs MO 64015-6670


Kelsey R. Newland
700 West 47th Street, Suite 500
Kansas City MO 64112

Kerrie and Kirk Mann
22117 S Walnut Bluff Road
Pleasant Hill MO 64080

Kornis Electric Supply, Inc.
1000 SE Hambken Road
Lee's Summit MO 64081

Kuhlman Tile & Luxury Vinyl
614 SW Holloway Lane
Lees Summit MO 64081

Kyle A. Branson
5501 Foxridge Drive
Mission KS 66202

Lancaster Brothers Heating & Cooling Inc
49495 Metcalf Avenue
Stilwell KS 66085

Lead Bank
1801 Main Street
Kansas City MO 64108

Louis J. Wade
Lewis Rice
10484 Marty Street
Overland Park KS 66212

M.L. Crose Foundations
4512 North Allison
Sibley MO 64088

McCray Lumber & Millwork
3200 McCormick Road
Kansas City KS 66115

Michael L. Fortin
100 NE Tudor, Suite 101D
Lees Summit MO 64086

Michael P. Benson
Greensfelder, Hemker, & Gale
10 South Broadway, Suite 2000
Saint Louis MO 63102

Midwest Lumber
26712 South Brickplant Road
Harrisonville MO 64701


Mike Bryant Heating and Cooling
1711 East 123rd Terrace
Olathe KS 66061


Mindy Grant
800 Kellogg Road
Pleasant Hill MO 64080


Missouri Attorney General
Supreme Court Building
207 W. High Street
P.O. Box 899
Jefferson City MO 65102


Missouri Dept of Revenue
ATTN: Bankruptcy Unit
PO Box 475
Jefferson City MO 65105-0475


P&JP Painting Construction, LLC
1114 North Annie Street
Olathe KS 66061


Pappas Hayden Westberg & Jackson PC
7500 W. 110th St Ste 110
Overland Park KS 66210


Paramount Flooring
1608 Halls Creek Avenue
Raymore MO 64083


Parker & Staci Logan
505 Kellogg Road
Pleasant Hill MO 64080


PennTech Inc
1755 SE County Road AA
Suite A
Blue Springs MO 64014

Peter R. Rottgers
Jennifer J. Price
2001 Wayandotte
Kansas City MO 64108


Porter's Electric Company LLC
1001 Cedar Street
Pleasant Hill MO 64080


Prodigy Fire Solutions LLC
17715 South Merriott Road
Pleasant Hill MO 64080


Renner Garage Doors / Delden
3530 North Kimball Drive
Kansas City MO 64161


Rensen House of Lights
9212 Marshall Drive
Lenexa KS 66215


Robert Charles Jacovetti
100 Garden City Plz Ste 227
Garden City NY 11530-3206


Rocky Mountain Fireplaces, LLC
19022 North Madison Street
Spring Hill KS 66083


Rodriguez Contracting LLC
541 South 11th Street
Kansas City KS 66105


Samson MAC, LLC
% Berkovitch & Bouskila, Pllc
1545 US 202
Pomona NY 10970


Santa Fe Glass
Kane Enterprise Solutions LLC
5661 Telegrand Road, Suite 4B
Saint Louis MO 63129-4275

Santa Fe Glass
145 East Lexington Avenue
Independence MO 64050-3065


SEG Properties, LLC
1001 Cedar Street
Pleasant Hill MO 64080


SEG Properties, LLC
800 Kellogg Road
Pleasant Hill MO 64080


Sharon L. Stolte & Emily L. Cipra
Sandberg Phoenix
4600 Madison Avenue, Suite 1000
Kansas City MO 64112


Simmons Bank
1800 SE Blue Parkway
Saint Louis MO 63122


SIMMONS FIRST NATIONAL CORPORATION
7800 Forsyth
Clayton MO 63105


Small Business Administration
1000 Walnut Street
Suite 500
Kansas City MO 64106-2156


Small Business Administration
District Counsel
Richard Bolling Federal Bldg
601 E 12th St Room 965
Kansas City MO 64106


Southern Bank
2991 Oak Grove Road
Poplar Bluff MO 63901


Southern Bank
1150 NE Douglas
Lees Summit MO 64086

Spire Energy
700 Market St
Saint Louis MO 63101


Sun Lumber
8630 Gibbs Road
Kansas City KS 66111


Sunshine Disposal Service
23806 South Northridge Road
Harrisonville MO 64701


Synchrony Bank/Care Credit
Attn: Bankruptcy
Po Box 965060
Orlando FL 32896


Synchrony Bank/Care Credit
Po Box 71757
Philadelphia PA 19176


The LCF Group, Inc.
3000 Marcus Avenue, Suite 2W15
New Hyde Park NY 11042


Thomas R. Watson
4600 Madison Avenue
Suite 600
Kansas City MO 64112


Timber Ridge Trim Company
308 SW Bridlewood Lane
Lees Summit MO 64081


Tri-County Plumbing
100 West Paciffic Street
Kingsville MO 64061


U-Load-It Dumpsters Inc.
16014 MO-291
Greenwood MO 64034


United Missouri Bank
Po Box 419734
Kansas City MO 64141

United Roofing Services
7663 Main Street
Kansas City MO 64114


US Attorney
US Courthouse
500 State Avenue, Rm 360
Kansas City KS 66101


US Attorney
US Courthouse
400 E 9th   5th Fl
Kansas City MO 64106

# United States Bankruptcy Court
### Western District of Missouri

In re    Scott Eugene Grant                            Case No. _____

                              Debtor(s)          Chapter    11 _____

## <u>VERIFICATION OF MAILING MATRIX</u>

The above-named Debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of my knowledge and includes the name and address of my ex-spouse (if any).

Date:    January 31, 2025 _____       /s/ Scott Eugene Grant _____

                                              Scott Eugene Grant
                                              Signature of Debtor

| Fill in this information to identify your case: |
| --- |

| Debtor 1 | Scott Eugene Grant | | |
| --- | --- | --- | --- |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MISSOURI | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an
amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders    12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

| | | | Unsecured claim |
| --- | --- | --- | --- |

**1**

Small Business Administration
1000 Walnut Street
Suite 500
Kansas City, MO 64106-2156

**What is the nature of the claim?**    Possible Guaranty for Grant's Enterprise, LLC    $500,000.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:    -
    Unsecured claim

Contact

Contact phone

**2**

Simmons Bank
1800 SE Blue Parkway
Saint Louis, MO 63122

**What is the nature of the claim?**    Judgment Case No. 24CA-CC00072    $449,758.13

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No

Debtor 1    Scott Eugene Grant                                        Case number *(if known)*  _____

| Contact | ☐ Yes. Total claim (secured and unsecured) | |
|---|---|---|
| | Value of security: | - _____ |
| Contact phone | Unsecured claim | _____ |

---

**3**

Academy Bank
PO Box 26458
Kansas City, MO 64196

**What is the nature of the claim?**    Guaranty for Grant's Custom Homes, LLC    $329,848.08

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
  Value of security:    - _____
Contact
Contact phone        Unsecured claim    _____

---

**4**

Cross First Bank
4622 Pennsylvania Avenue
Suite 1500
64112

**What is the nature of the claim?**    Judgment Case No. 2416-CV23613    $279,970.58

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
Contact        Value of security:    - _____
Contact phone        Unsecured claim    _____

---

**5**

Commerce Bank
P.O. Box 411036
Kansas City, MO 64141

**What is the nature of the claim?**    Unsecured Loan    $240,000.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
Contact        Value of security:    - _____
Contact phone        Unsecured claim    _____

---

**6**

The LCF Group, Inc.
3000 Marcus Avenue, Suite 2W15

**What is the nature of the claim?**    Judgment Case No. EC 24 603750    $239,746.14

Debtor 1    Scott Eugene Grant         Case number *(if known)* _____

New Hyde Park, NY 11042

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)

     Value of security:   - _____

Contact

     Unsecured claim   _____

Contact phone

---

**7**

Fall River Holdings
dba Worldwide Steel Buildings
10606 State Route YY
Peculiar, MO 64078

| What is the nature of the claim? | Debt of Grant's Custom Homes, LLC - Notice Only | $101,460.91 |

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)

     Value of security:   - _____

Contact

     Unsecured claim   _____

Contact phone

---

**8**

Gaumats International LLC
1251 NW Granite Drive
Grain Valley, MO 64029

| What is the nature of the claim? | Personal Guaranty | $60,695.65 |

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)

     Value of security:   - _____

Contact

     Unsecured claim   _____

Contact phone

---

**9**

Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101-7346

| What is the nature of the claim? | Income Taxes | $60,000.00 |

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No

---

Debtor 1    Scott Eugene Grant                                    Case number *(if known)* _____

Contact _____                  ☐ Yes. Total claim (secured and unsecured)    _____
                                                  Value of security:                      - _____
Contact phone _____                 Unsecured claim                           _____

---

| 10 | Amex | What is the nature of the claim? | Credit Card | $52,782.00 |

Amex
Correspondence/Bankruptcy
Po Box 981535
El Paso, TX 79998

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

_____

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
Contact _____          Value of security:                      - _____
Contact phone _____    Unsecured claim                           _____

---

| 11 | | What is the nature of the claim? | Debt of Grant's Custom Homes, LLC - Notice Only | $51,893.69 |

Capital One
Attn: General Correspondence
PO Box 30285
Salt Lake City, UT 84130-0285

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

_____

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
Contact _____          Value of security:                      - _____
Contact phone _____    Unsecured claim                           _____

---

| 12 | Capital One | What is the nature of the claim? | Business Credit Card | $34,760.00 |

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

_____

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
Contact _____          Value of security:                      - _____
Contact phone _____    Unsecured claim                           _____

---

| 13 | Citibank | What is the nature of the claim? | Credit Card | $33,029.00 |

Citibank
Citicorp Cr Srvs/Centralized
Bankruptcy

Debtor 1    Scott Eugene Grant                                    Case number (if known) _____

Po Box 790040
St Louis, MO 63179

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:        - _____
    Unsecured claim

Contact _____

Contact phone _____

---

**14**

Consolidated Supply Co Inc dba
CKF
10821 Lakeview Avenue
Lenexa, KS 66219

**What is the nature of the claim?**    Debt of SEG Properties,    $33,000.00
LLC - Notice Only

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:        - _____
    Unsecured claim

Contact _____

Contact phone _____

---

**15**

Haynes Equipment
15725 South Pflumm Road
Olathe, KS 66062

**What is the nature of the claim?**    Debt of Grant's Custom    $20,708.62
Homes, LLC - Notice
Only

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:        - _____
    Unsecured claim

Contact _____

Contact phone _____

---

**16**

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054

**What is the nature of the claim?**    Credit Card    $17,013.00

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

No

---

Debtor 1    Scott Eugene Grant                                    Case number (if known) _____

|  | ■ |  |
|---|---|---|
| Contact | ☐ | Yes. Total claim (secured and unsecured) |
|  |  | Value of security:        - _____ |
| Contact phone |  | Unsecured claim          _____ |

---

**17**    Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

**What is the nature of the claim?**    Credit Card    $16,899.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
Contact            Value of security:        - _____
Contact phone      Unsecured claim          _____

---

**18**    Synchrony Bank/Care Credit
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

**What is the nature of the claim?**    Charge Account    $15,978.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
Contact            Value of security:        - _____
Contact phone      Unsecured claim          _____

---

**19**    Missouri Dept of Revenue
ATTN: Bankruptcy Unit
PO Box 475
Jefferson City, MO 65105-0475

**What is the nature of the claim?**    Income Taxes    $15,000.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
Contact            Value of security:        - _____
Contact phone      Unsecured claim          _____

---

**20**    Jpmcb
MailCode LA4-7100
700 Kansas Lane
Monroe, LA 71203

**What is the nature of the claim?**    Credit Card    $14,427.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated

Debtor 1    Scott Eugene Grant                                    Case number *(if known)*

☐  Disputed
■  None of the above apply

**Does the creditor have a lien on your property?**

■  No

Contact                          ☐  Yes. Total claim (secured and unsecured)

                                              Value of security:        -
Contact phone                                 Unsecured claim

---

| Part 2: | Sign Below |

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X    /s/ Scott Eugene Grant                              X
     Scott Eugene Grant                                       Signature of Debtor 2
     Signature of Debtor 1


     Date    January 31, 2025                              Date

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Scott Eugene Grant |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MISSOURI |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

| | **Your assets**<br>Value of what you own |
|---|---|
| 1.  **Schedule A/B: Property** (Official Form 106A/B)<br>1a. Copy line 55, Total real estate, from Schedule A/B............................................................... | $            550,500.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B.................................................... | $            122,700.00 |
| 1c. Copy line 63, Total of all property on Schedule A/B............................................................. | $            673,200.00 |

### Part 2:    Summarize Your Liabilities

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $          1,014,009.00 |
| 3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $             80,000.00 |
| 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $          2,525,741.64 |
| **Your total liabilities** | $          3,619,750.64 |

### Part 3:    Summarize Your Income and Expenses

| | |
|---|---|
| 4.  *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*................................................... | $             12,000.00 |
| 5.  *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*............................................................ | $             11,113.00 |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☒ Yes

7.  **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☒ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Debtor 1   Scott Eugene Grant                                      Case number *(if known)*

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                          $ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ |

**Fill in this information to identify your case and this filing:**

Debtor 1   Scott Eugene Grant
           First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)   First Name    Middle Name    Last Name

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MISSOURI

Case number

☐ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property
**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
■ Yes. Where is the property?

1.1

800 Kellogg Road
Street address, if available, or other description

Pleasant Hill    MO    64080-0000
City    State    ZIP Code

Cass
County

**What is the property?** Check all that apply
■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    $1,100,000.00

**Current value of the portion you own?**    $550,000.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property** (see instructions)

Debtor 1    Scott Eugene Grant                                    Case number (if known) _____

If you own or have more than one, list here:

1.2

800 Kellogg Road
Street address, if available, or other description

Pleasant Hill         MO      64080-0000
City                  State    ZIP Code

Cass
County

**What is the property?** Check all that apply

■ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

■ Land

☐ Investment property

☐ Timeshare

☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Adjoining 1 acre parcel part of primary residence.  The land is not buildable.

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $1,000.00 | $500.00 |

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property
(see instructions)

2.  Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................................=>      $550,500.00

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

3.1  Make:    GMC
    Model:    Sierra
    Year:    2024
    Approximate mileage:    9,001+
    Other information:

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $70,000.00 | $70,000.00 |

3.2  Make:    Ford
    Model:    F-150
    Year:    2015
    Approximate mileage:    140,001+
    Other information:
    Title in Dad's Name - Soon to be 16 year old sons truck
    Listed for Disclosure Purposes Only

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $9,000.00 | $9,000.00 |

Debtor 1   Scott Eugene Grant                                               Case number *(if known)* _____

| 3.3 | Make: | Chevrolet | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

3.3 Make: Chevrolet
Model: Corvette
Year: 2016
Approximate mileage: 27,001+
Other information:

Owned by Non-Filing Spouse, Debtor has a Marital Interest Only Listed for Disclosure Purposes Only

**Who has an interest in the property?** Check one
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $0.00
**Current value of the portion you own?** $0.00

---

3.4 Make: Ford
Model: Bronco
Year: 2023
Approximate mileage: 17,001
Other information:

Owned by Non-Filing Spouse, Debtor has a Marital Interest Only Listed for Disclosure Purposes Only

**Who has an interest in the property?** Check one
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $0.00
**Current value of the portion you own?** $0.00

---

3.5 Make: Volkswagen
Model: Bus
Year:
Approximate mileage:
Other information:

No Motor, No Title

**Who has an interest in the property?** Check one
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $100.00
**Current value of the portion you own?** $100.00

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

- ☐ No
- ☑ Yes

4.1 Make: Aodes
Model: Work Cross Side by Side
Year: 2023

Other information:
No Title

**Who has an interest in the property?** Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $7,500.00
**Current value of the portion you own?** $3,750.00

---

4.2 Make: Kawasaki
Model: 1100 STX Jet Ski
Year: 2000 +/-

Other information:
No Title - Never registered - parts

**Who has an interest in the property?** Check one
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $0.00
**Current value of the portion you own?** $0.00

---

Debtor 1    Scott Eugene Grant                                    Case number *(if known)*

4.3    Make:    Pontoon Boat

Model:

Year:

Other information:

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this is community property**
   (see instructions)

*Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $200.00 | $200.00 |

4.4    Make:    Boat Trailer

Model:

Year:

Other information:

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this is community property**
   (see instructions)

*Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $100.00 | $100.00 |

5    **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................................................=>**    $83,150.00

**Part 3:    Describe Your Personal and  Household Items**

Do you own or have any legal or equitable interest in any of the following items?    Current value of the portion you own?
Do not deduct secured claims or exemptions.

6.  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware
    ☐ No
    ☑ Yes.  Describe.....

| Household Goods and Furnishings Including, but not Limited to Furniture, Appliances, Linens, Kitchen Ware, Wall Hangings, Lawncare and Other Misc. Household Tools | $7,500.00 |
|---|---|
| Scagg Turf Tiger Mower | $750.00 |

7.  **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
    ☐ No
    ☑ Yes.  Describe.....

| Misc. Household Electronics Including but not Limited to Cellular Phones, Televisions, Computers, and Gaming Systems | $1,000.00 |
|---|---|

8.  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
    ☑ No
    ☐ Yes.  Describe.....

9.  **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
    ☑ No
    ☐ Yes.  Describe.....

Debtor 1    Scott Eugene Grant                                                    Case number *(if known)*

10. **Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---|
| Glock .40 (Police Service Weapon) | $400.00 |
| Remington 870 - 12 Gauge | $350.00 |
| Ruger .22 | $200.00 |
| Smith & Wesson .22 | $200.00 |
| Smith & Wesson .9mm | $350.00 |

11. **Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---|
| Clothing and Wearing Apparel | $300.00 |

12. **Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---|
| Wedding Ring | $250.00 |

13. **Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ■ No
   ☐ Yes.  Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
   ■ No
   ☐ Yes.  Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
   for Part 3. Write that number here ............................................................................    $11,300.00

**Part 4:**  **Describe Your Financial Assets**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ☐ No
   ■ Yes.................................................................................................................

| | |
|---|---|
| Cash on Hand | $500.00 |

Debtor 1   Scott Eugene Grant                                    Case number *(if known)*

17. **Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

■ Yes.....................                                        Institution name:

| | | | |
|---|---|---|---|
| 17.1. | Checking | Mazuma Credit Union | $250.00 |
| 17.2. | Savings | Mazuma Credit Union | $250.00 |
| 17.3. | Online Money Transfer Account | Venmo / Paypal (Not Used) | $0.00 |
| 17.4. | Checking | Commerce Bank | $100.00 |

18. **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No

☐ Yes.................                Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No

■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| Grants Enterprise LLC (defunct) | 100% | % | $0.00 |
| Grants Custom Homes LLC (defunct) | 100% | % | $0.00 |
| Elite-Builders LLC (defunct) | 100% | % | $0.00 |
| Porters Electrical Company LLC (defunct) | 100% | % | $0.00 |
| CGG Properties LLC (defunct) | 100% | % | $0.00 |
| Country Club Villas LLC (defunct) | 100% | % | $0.00 |
| Grants Realty Team LLC (defunct) | 100% | % | $0.00 |
| Lakes Edge Country Club LLC | 100% | % | $0.00 |
| Oak Grove 72 LLC (defunct) | 100% | % | $0.00 |
| SEG Properties LLC (defunct) | 100% | % | $0.00 |
| Tall Grass Development LLC (defunct) | 100% | % | $0.00 |

Debtor 1    Scott Eugene Grant                                         Case number *(if known)*

| | | | |
|---|---|---|---|
| Woodland Acres LLC (defunct) | 100% | % | $0.00 |
| Loch Leonard LLC | 100% | % | $2,000.00 |
| Kellogg Holding Company LLC | 81% | % | $0.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
☑ No
☐ Yes. Give specific information about them
            Issuer name:

21. **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
☑ No
☐ Yes. List each account separately.
            Type of account:            Institution name:

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
☑ No
☐ Yes. .....................            Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
☑ No
☐ Yes.............    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
☑ No
☐ Yes.............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
☑ No
☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
☑ No
☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
☑ No
☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

Debtor 1    Scott Eugene Grant    Case number *(if known)*

29. **Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

   ■ No
   ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
             benefits; unpaid loans you made to someone else

   ■ No
   ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

   ☐ No
   ■ Yes. Name the insurance company of each policy and list its value.

   | Company name: | Beneficiary: | Surrender or refund value: |
   |---|---|---|
   | Term Life Insurance | Non-Filing Spouse | $0.00 |

32. **Any interest in property that is due from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

   ■ No
   ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

   ☐ No
   ■ Yes.  Describe each claim.........

   | Lawsuit against Michael Burns/Jameson Homes | Unknown |
   |---|---|

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

   ■ No
   ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**

   ■ No
   ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**...................................................................................................................

   $3,100.00

**Part 5:**   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
   ☐ No. Go to Part 6.
   ■ Yes.  Go to line 38.

   **Current value of the portion you own?**
   Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

   ■ No
   ☐ Yes.  Describe.....

Debtor 1    Scott Eugene Grant

Case number *(if known)*

39. **Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
■ No
☐ Yes. Describe.....

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
☐ No
■ Yes. Describe.....

| | |
|---|---|
| Red 6 x 14 Garden Trailer | $700.00 |
| Takeuchi Tl-8 Skid Steer and Attachments<br>No Title | $15,000.00 |
| Black Trailer<br>No Title | $1,000.00 |
| Semi Trailer (inoperable)<br>No Title | $100.00 |
| EGN Mini Skid Steer & Track Loader | $1,500.00 |
| AGT Mini Excavator | $1,500.00 |
| Misc. Tools | $2,500.00 |
| Dump Trailer | $2,500.00 |
| Culvert Pipes | $300.00 |
| Scrape Metal | $50.00 |

41. **Inventory**
■ No
☐ Yes. Describe.....

42. **Interests in partnerships or joint ventures**
■ No
☐ Yes. Give specific information about them...................
Name of entity:                          % of ownership:

43. **Customer lists, mailing lists, or other compilations**
■ No.
☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

■ No
☐ Yes. Describe.....

| Debtor 1 | Scott Eugene Grant | Case number *(if known)* |
| --- | --- | --- |

44. **Any business-related property you did not already list**
- ■ No
- ☐ Yes. Give specific information.........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**...................................................................................................................

$25,150.00

**Part 6:    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
- ■ No. Go to Part 7.
- ☐ Yes.  Go to line 47.

**Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
- ■ No
- ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................

$0.00

**Part 8:    List the Totals of Each Part of this Form**

| | | |
| --- | --- | --- |
| 55. **Part 1: Total real estate, line 2** ........................................................................................................... | | $550,500.00 |
| 56. **Part 2: Total vehicles, line 5** | $83,150.00 | |
| 57. **Part 3: Total personal and household items, line 15** | $11,300.00 | |
| 58. **Part 4: Total financial assets, line 36** | $3,100.00 | |
| 59. **Part 5: Total business-related property, line 45** | $25,150.00 | |
| 60. **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. **Part 7: Total other property not listed, line 54** | + $0.00 | |
| 62. **Total personal property.** Add lines 56 through 61... | $122,700.00 | Copy personal property total ⟶ $122,700.00 |
| 63. **Total of all property on Schedule A/B.** Add line 55 + line 62 | | $673,200.00 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Scott Eugene Grant |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MISSOURI |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

**4/22**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:**  **Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| 800 Kellogg Road Pleasant Hill, MO 64080  Cass County<br>Line from *Schedule A/B*: 1.1 | $550,000.00 | ☐ <br>■ | 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| 800 Kellogg Road Pleasant Hill, MO 64080  Cass County<br>Adjoining 1 acre parcel part of primary residence.  The land is not buildable.<br>Line from *Schedule A/B*: 1.2 | $500.00 | ☐ <br>■ | 100% of fair market value, up to any applicable statutory limit | RSMo §§ 513.475.2; 513.427 |
| 2024 GMC Sierra 9,001+ miles<br>Line from *Schedule A/B*: 3.1 | $70,000.00 | ☐ <br>■ | 100% of fair market value, up to any applicable statutory limit | RSMo § 513.430.1(5) |
| 2023 Aodes Work Cross Side by Side<br>No Title<br>Line from *Schedule A/B*: 4.1 | $3,750.00 | ☐ <br>■ | 100% of fair market value, up to any applicable statutory limit | RSMo §§ 513.475.2; 513.427 |

| Debtor 1 | Scott Eugene Grant | | Case number (if known) | |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| Household Goods and Furnishings Including, but not Limited to Furniture, Appliances, Linens, Kitchen Ware, Wall Hangings, Lawncare and Other Misc. Household Tools<br>Line from *Schedule A/B*: 6.1 | $7,500.00 | ☐<br>■ | 100% of fair market value, up to any applicable statutory limit | RSMo §§ 513.475.2; 513.427 |
| Scagg Turf Tiger Mower<br>Line from *Schedule A/B*: 6.2 | $750.00 | ☐<br>■ | 100% of fair market value, up to any applicable statutory limit | RSMo §§ 513.475.2; 513.427 |
| Misc. Household Electronics Including but not Limited to Cellular Phones, Televisions, Computers, and Gaming Systems<br>Line from *Schedule A/B*: 7.1 | $1,000.00 | ☐<br>■ | 100% of fair market value, up to any applicable statutory limit | RSMo §§ 513.475.2; 513.427 |
| Glock .40 (Police Service Weapon)<br>Line from *Schedule A/B*: 10.1 | $400.00 | ■ $400.00<br>☐ | 100% of fair market value, up to any applicable statutory limit | RSMo § 513.430.1(12) |
| Remington 870 - 12 Gauge<br>Line from *Schedule A/B*: 10.2 | $350.00 | ■ $350.00<br>☐ | 100% of fair market value, up to any applicable statutory limit | RSMo § 513.430.1(12) |
| Ruger .22<br>Line from *Schedule A/B*: 10.3 | $200.00 | ■ $200.00<br>☐ | 100% of fair market value, up to any applicable statutory limit | RSMo § 513.430.1(12) |
| Smith & Wesson .22<br>Line from *Schedule A/B*: 10.4 | $200.00 | ■ $200.00<br>☐ | 100% of fair market value, up to any applicable statutory limit | RSMo § 513.430.1(12) |
| Smith & Wesson .9mm<br>Line from *Schedule A/B*: 10.5 | $350.00 | ■ $350.00<br>☐ | 100% of fair market value, up to any applicable statutory limit | RSMo § 513.430.1(12) |
| Clothing and Wearing Apparel<br>Line from *Schedule A/B*: 11.1 | $300.00 | ■ $300.00<br>☐ | 100% of fair market value, up to any applicable statutory limit | RSMo § 513.430.1(1) |
| Wedding Ring<br>Line from *Schedule A/B*: 12.1 | $250.00 | ■ $250.00<br>☐ | 100% of fair market value, up to any applicable statutory limit | RSMo § 513.430.1(2) |
| Cash on Hand<br>Line from *Schedule A/B*: 16.1 | $500.00 | ■ $100.00<br>☐ | 100% of fair market value, up to any applicable statutory limit | RSMo § 513.430.1(3) |

Debtor 1   Scott Eugene Grant                                          Case number (if known)

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Checking: Mazuma Credit Union<br>Line from *Schedule A/B*: 17.1 | $250.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | RSMo §§ 513.475.2; 513.427 |
| Savings: Mazuma Credit Union<br>Line from *Schedule A/B*: 17.2 | $250.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | RSMo §§ 513.475.2; 513.427 |
| Checking: Commerce Bank<br>Line from *Schedule A/B*: 17.4 | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | RSMo §§ 513.475.2; 513.427 |
| Takeuchi TI-8 Skid Steer and Attachments<br>No Title<br>Line from *Schedule A/B*: 40.2 | $15,000.00 | ■ $3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | RSMo § 513.430.1(4) |
| Takeuchi TI-8 Skid Steer and Attachments<br>No Title<br>Line from *Schedule A/B*: 40.2 | $15,000.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | RSMo § 513.430.1(3) |
| Takeuchi TI-8 Skid Steer and Attachments<br>No Title<br>Line from *Schedule A/B*: 40.2 | $15,000.00 | ■ $1,600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | RSMo § 513.440 |

3. **Are you claiming a homestead exemption of more than $189,050?**
(Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

■ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐ No

    ☐ Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Scott Eugene Grant |
| | First Name _____ Middle Name _____ Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name _____ Middle Name _____ Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MISSOURI |
| Case number | _____ |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property      **12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:**   **List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|
| | $15,000.00 | $1,100,000.00 | $0.00 |

| 2.1 | Cass County Treasurer |
|---|---|
| | Creditor's Name |

**Describe the property that secures the claim:**

| 800 Kellogg Road Pleasant Hill, MO 64080  Cass County |
|---|

Cass County Courthouse
102 East Wall Street
Harrisonville, MO 64701

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    Real Estate Taxes

Date debt was incurred _____    Last 4 digits of account number _____

Debtor 1   Scott Eugene Grant

First Name          Middle Name          Last Name

Case number (if known) _____

| 2.2 | Dollar Bank Fsb | | $682,379.00 | $1,100,000.00 | $0.00 |

Creditor's Name

**Describe the property that secures the claim:**

800 Kellogg Road Pleasant Hill, MO 64080  Cass County

Po Box 8469
Canton, OH 44711

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   First Mortgage

**Date debt was incurred** Opened 06/20  Last Active 12/07/24

**Last 4 digits of account number** 5232

---

| 2.3 | Gm Financial | | $77,630.00 | $70,000.00 | $7,630.00 |

Creditor's Name

**Describe the property that secures the claim:**

2024 GMC Sierra 9,001+ miles

801 Cherry Street, Ste. 3600
Fort Worth, TX 76102

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** Opened 08/24  Last Active 1/14/25

**Last 4 digits of account number** 4484

---

Debtor 1   Scott Eugene Grant

First Name                Middle Name                Last Name                Case number (if known)

| 2.4 | United Missouri Bank | Describe the property that secures the claim: | $239,000.00 | $1,100,000.00 | $0.00 |

Creditor's Name

800 Kellogg Road Pleasant Hill, MO
64080  Cass County

Po Box 419734
Kansas City, MO 64141

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a
   community debt

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)   Second Mortgage

Opened
12/22  Last
Active
**Date debt was incurred**  12/27/24       **Last 4 digits of account number**   0001

---

Add the dollar value of your entries in Column A on this page. Write that number here:  | $1,014,009.00

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:  | $1,014,009.00

**Part 2:**  **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is
trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more
than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any
debts in Part 1, do not fill out or submit this page.

[ ]
        Name, Number, Street, City, State & Zip Code            On which line in Part 1 did you enter the creditor?  2.3
        Gm Financial
        Po Box 181145                                           Last 4 digits of account number  ___
        Arlington, TX 76096

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Scott Eugene Grant |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MISSOURI |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.

   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | **Cass County Treasurer** | $5,000.00 | $5,000.00 | $0.00 |

Priority Creditor's Name

Last 4 digits of account number _____

**Cass County Courthouse**
**102 East Wall Street**
**Harrisonville, MO 64701**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☑ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

Personal Property Taxes

Debtor 1    Scott Eugene Grant

Case number (if known)

| 2.2 | Internal Revenue Service | Last 4 digits of account number | $60,000.00 | $60,000.00 | $0.00 |

Priority Creditor's Name
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101-7346
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☑ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

Income Taxes

| 2.3 | Missouri Dept of Revenue | Last 4 digits of account number | $15,000.00 | $15,000.00 | $0.00 |

Priority Creditor's Name
ATTN: Bankruptcy Unit
PO Box 475
Jefferson City, MO 65105-0475
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☑ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

Income Taxes

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

Debtor 1   Scott Eugene Grant _____   Case number (if known) _____

| 4.1 | A Bright Plumbing, LLC | | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
18107 East 18th Terrrace North
Independence, MO 64058
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Debt of Grant's Custom Homes, LLC - Notice Only

---

| 4.2 | AA Quarry, LLC | | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
381 NW AA Hwy
Kingsville, MO 64061
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Debt of Grant's Custom Homes, LLC - Notice Only

---

| 4.3 | Academy Bank | | Last 4 digits of account number _____ | $329,848.08 |

Nonpriority Creditor's Name
PO Box 26458
Kansas City, MO 64196
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Guaranty for Grant's Custom Homes, LLC

---

Debtor 1    Scott Eugene Grant

Case number (if known)

---

**4.4** Advanced Erosion Solutions

Nonpriority Creditor's Name

15257 South Keeler Street
Olathe, KS 66062

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

$0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Debt of Grant's Custom Homes, LLC - Notice Only

---

**4.5** Advantage Overhead Door of Odessa, LLC

Nonpriority Creditor's Name

407 East Phillips Street
Odessa, MO 64076

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

$0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Debt of Grant's Custom Homes, LLC - Notice Only

---

**4.6** AH Quality Painting, LLC

Nonpriority Creditor's Name

14309 East 39th Street South
Independence, MO 64055-4223

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

$0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Debt of Grant's Custom Homes, LLC - Notice Only

---

Debtor 1   Scott Eugene Grant            Case number (if known) _____

---

| 4.7 | Ahmann Design, Inc. | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
1950 Boyson Road
Hiawatha, IA 52233
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Debt of Grant's Custom Homes, LLC - Notice Only

---

| 4.8 | Amex | Last 4 digits of account number   9563 | $52,782.00 |

Nonpriority Creditor's Name
Correspondence/Bankruptcy
Po Box 981535
El Paso, TX 79998
Number Street City State Zip Code

**When was the debt incurred?**   Opened 09/23  Last Active 1/19/25

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Credit Card

---

| 4.9 | Angela & Mark Moorehouse | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
601 Kellogg Rd
Pleasant Hill, MO 64080
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Default/Foreclosure - 601 Kellogg Property

---

Debtor 1   Scott Eugene Grant

Case number (if known)

---

**4.10**

Bank 21

Nonpriority Creditor's Name

Blue Springs Banking Center
3301 SW Highway 7
Blue Springs, MO 64014

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**                     Unknown

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Foreclosure Deficiencies for Various Properties

---

**4.11**

Bank of America

Nonpriority Creditor's Name

Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**   4460                $8,377.00

**When was the debt incurred?**   Opened 06/24  Last Active 1/10/25

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Credit Card

---

**4.12**

Bank of Prarie Village

Nonpriority Creditor's Name

3515 West 75th Street
Suite 100
Prairie Village, KS 66208

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**                     Unknown

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Possible Guaranty for Grant's Custom Homes, LLC Construction Deed of Trust re: 1001 Cedar Street, Pleasant Hill, MO 64080

---

Debtor 1   Scott Eugene Grant _____    Case number (if known) _____

| | | |
|---|---|---|
| 4.1 3 | Benjamin & Laura Stewart | Last 4 digits of account number _____   Unknown |

Nonpriority Creditor's Name
1706 Country Club Drive
Pleasant Hill, MO 64080
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Petition for Alledged Damages re: 23CA-CC00242

---

| | | |
|---|---|---|
| 4.1 4 | Binswanger Glass | Last 4 digits of account number _____   $0.00 |

Nonpriority Creditor's Name
6219 Nieman Road
Shawnee, KS 66203
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Debt of Grant's Custom Homes, LLC - Notice Only

---

| | | |
|---|---|---|
| 4.1 5 | Blue Cedar Landscape, LLC | Last 4 digits of account number _____   $0.00 |

Nonpriority Creditor's Name
17808 MO-58
Raymore, MO 64083
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Debt of Grant's Custom Homes, LLC - Notice Only

---

Debtor 1   Scott Eugene Grant

Case number (if known)

---

**4.16**

**Bob D. Campbell & Co.**
Nonpriority Creditor's Name
4338 Belleview Avenue
Kansas City, MO 64111
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____     $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Debt of Grant's Custom Homes, LLC - Notice Only

---

**4.17**

**Brett and Kacey Wolff**
Nonpriority Creditor's Name
30108 Stingtown Road
Pleasant Hill, MO 64080
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____     $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Warranty Issues - 30808 E Stringtown Rd Property

---

**4.18**

**Brians Drywall & Painting**
Nonpriority Creditor's Name
808 Johnson Circle
Pleasant Hill, MO 64080
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____     $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Debt of Grant's Custom Homes, LLC - Notice Only

---

Debtor 1    Scott Eugene Grant

Case number (if known) _____

---

**4.19**

**Builders FirstSource**
Nonpriority Creditor's Name
6031 Connection Drive
Suite 400
Irving, TX 75039
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Debt of Grant's Custom Homes, LLC - Notice Only

---

**4.20**

**Burch Construction**
Nonpriority Creditor's Name
dba Professional Concrete Services
PO Box 481
Belton, MO 64012
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Debt of Grant's Custom Homes, LLC - Notice Only

---

**4.21**

**Canyon Stone, Inc.**
Nonpriority Creditor's Name
550 E Old Highway 56
Suite B
Olathe, KS 66061-4604
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Debt of Grant's Custom Homes, LLC - Notice Only

---

Debtor 1  Scott Eugene Grant

Case number (if known)

| | |
|---|---|
| **4.2 2** | |

Capital One

Nonpriority Creditor's Name
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** 3743                     $34,760.00

**When was the debt incurred?**   Opened 1/18/21 Last Active 09/24

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Business Credit Card

---

| | |
|---|---|
| **4.2 3** | |

Capital One

Nonpriority Creditor's Name
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** 6576                     $16,899.00

**When was the debt incurred?**   Opened 07/00 Last Active 10/24

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Credit Card

---

| | |
|---|---|
| **4.2 4** | |

Capital One

Nonpriority Creditor's Name
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** 1018                     $5,370.00

**When was the debt incurred?**   Opened 5/02/23 Last Active 09/24

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Business Credit Card

---

Debtor 1   Scott Eugene Grant

Case number (if known) _____

---

| 4.2 5 | **Capital One** | | **Last 4 digits of account number** | 4155 | | $2,329.00 |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130
Number Street City State Zip Code

**When was the debt incurred?**   Opened  1/17/13  Last Active 09/24

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business Credit Card

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 4.2 6 | **Capital One** | | **Last 4 digits of account number** | 0351 | | $2,084.00 |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130
Number Street City State Zip Code

**When was the debt incurred?**   Opened 10/21/21  Last Active 09/24

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business Credit Card

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 4.2 7 | **Capital One** | | **Last 4 digits of account number** | | | $51,893.69 |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name
Attn: General Correspondence
PO Box 30285
Salt Lake City, UT 84130-0285
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Debt of Grant's Custom Homes, LLC - Notice Only

**Is the claim subject to offset?**

■ No
☐ Yes

---

Debtor 1    Scott Eugene Grant

Case number (if known)

---

**4.28**

**Cardoza's Painting LLC**
Nonpriority Creditor's Name
Attn: Omar Cardoza
1048 Reynolds Avenue
Kansas City, KS 66102
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Debt of Grants Enterprise, LLC / Grant's Custom Homes, LLC - Notice Only

---

**4.29**

**Carl and Mary Davis**
Nonpriority Creditor's Name
20810 E. 163rd Street
Greenwood, MO 64034
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Warranty Issues - 20810 E. 163rd Street

---

**4.30**

**Castle Framing LLC**
Nonpriority Creditor's Name
18517 East Salisbury Road
Independence, MO 64056
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Debt of Grant's Custom Homes, LLC - Notice Only

---

Debtor 1    Scott Eugene Grant

Case number (if known)

---

**4.3**
**1**

Citibank

Nonpriority Creditor's Name

Citicorp Cr Srvs/Centralized
Bankruptcy
Po Box 790040
St Louis, MO 63179

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    3866              $33,029.00

**When was the debt incurred?**    Opened 10/02  Last Active
6/22/24

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Credit Card

---

**4.3**
**2**

City of Pleasant Hill

Nonpriority Creditor's Name

203 Paul Street
Pleasant Hill, MO 64080

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**                    Unknown

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Pampas Street Bond Issue

---

**4.3**
**3**

Commerce Bank

Nonpriority Creditor's Name

P.O. Box 411036
Kansas City, MO 64141

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**              $240,000.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Unsecured Loan

---

Debtor 1  Scott Eugene Grant

Case number (if known) _____

---

**4.3 4**

**CommunityAmerica Credit Union**
Nonpriority Creditor's Name
9777 Ridge Drive
Lenexa, KS 66219
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  2045         Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Possible Guaranty for Grant's Custom Homes, LLC
Construction Deed of Trust re: 601 Kellogg Road, Pleasant Hill, MO 64080

---

**4.3 5**

**Consolidated Supply Co Inc dba CKF**
Nonpriority Creditor's Name
10821 Lakeview Avenue
Lenexa, KS 66219
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  _____        $33,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Debt of SEG Properties, LLC - Notice Only

---

**4.3 6**

**Cross First Bank**
Nonpriority Creditor's Name
4622 Pennsylvania Avenue
Suite 1500
64112
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  _____        $279,970.58

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Judgment Case No. 2416-CV23613

---

Debtor 1   Scott Eugene Grant

Case number (if known) _____

---

| 4.37 | **Discover Financial** | **Last 4 digits of account number** | 8086 | $17,013.00 |

Nonpriority Creditor's Name
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054
Number Street City State Zip Code

**When was the debt incurred?** Opened 02/05  Last Active 7/07/24

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Credit Card

---

| 4.38 | **Dykes Industries, Inc.** | **Last 4 digits of account number** | | $0.00 |

Nonpriority Creditor's Name
309 Center Street
Little Rock, AR 72201
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

□ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Debt of Grants Enterprise, LLC - Notice Only

---

| 4.39 | **Dykes Industries, Inc.** | **Last 4 digits of account number** | | $0.00 |

Nonpriority Creditor's Name
d/b/a Morgan-Wightman Supply Company
105 East Street, Suite 14200
Parkville, MO 64152
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

□ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Debt of Grants Enterprise, LLC - Notice Only

---

Debtor 1   Scott Eugene Grant      Case number (if known) _____

---

| 4.40 | | |
|---|---|---|

**Elitecrete Construction**      Last 4 digits of account number _____     $0.00
Nonpriority Creditor's Name
325 East Mason Street      **When was the debt incurred?** _____
Odessa, MO 64076
Number Street City State Zip Code      **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only      ■ Contingent
☐ Debtor 2 only      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only      ■ Disputed
■ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**      ☐ Student loans
**Is the claim subject to offset?**      ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No      ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes      ■ Other. Specify    Debt of Grant's Custom Homes, LLC - Notice Only

---

| 4.41 | | |
|---|---|---|

**Evergy Inc**      Last 4 digits of account number _____     $2,333.80
Nonpriority Creditor's Name
PO Box 11739      **When was the debt incurred?** _____
Kansas City, MO 64138
Number Street City State Zip Code      **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only      ☐ Contingent
☐ Debtor 2 only      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only      ☐ Disputed
■ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**      ☐ Student loans
**Is the claim subject to offset?**      ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No      ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes      ■ Other. Specify    Debt of Grant's Custom Homes, LLC - Notice Only

---

| 4.42 | | |
|---|---|---|

**Factory Direct Appliance**      Last 4 digits of account number _____     $0.00
Nonpriority Creditor's Name
101 NE 91st Street      **When was the debt incurred?** _____
Kansas City, MO 64155
Number Street City State Zip Code      **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only      ■ Contingent
☐ Debtor 2 only      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only      ☐ Disputed
■ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**      ☐ Student loans
**Is the claim subject to offset?**      ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No      ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes      ■ Other. Specify    Debt of Grant's Custom Homes, LLC - Notice Only

---

Debtor 1   Scott Eugene Grant

Case number (if known) _____

---

| 4.4 3 | | |
|---|---|---|

**Fall River Holdings**

Nonpriority Creditor's Name

dba Worldwide Steel Buildings
10606 State Route YY
Peculiar, MO 64078

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

$101,460.91

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Debt of Grant's Custom Homes, LLC - Notice Only

---

| 4.4 4 | | |
|---|---|---|

**Ferguson Enterprises, LLC**

Nonpriority Creditor's Name

3901 West Reno Avenue
Oklahoma City, OK 73107

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Petition for Alledged Damages re: 23CA-CC00218

---

| 4.4 5 | | |
|---|---|---|

**Flawless Custom Tile LLC**

Nonpriority Creditor's Name

Attn: Derrick Hendrix
230 NE 82nd Street
Kansas City, MO 64118

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

$0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Mecanic's Lien Case No. 2316-MC06934

---

Debtor 1   Scott Eugene Grant                                   Case number (if known) _____

---

**4.46**

**Flawless Custom Tile LLC**
Nonpriority Creditor's Name
Attn: Derrick Hendrix
230 NE 82nd Street
Kansas City, MO 64118
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____              $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Debt of Grant's Custom Homes, LLC - Notice Only

---

**4.47**

**Gaumats International LLC**
Nonpriority Creditor's Name
1251 NW Granite Drive
Grain Valley, MO 64029
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____              $60,695.65

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Personal Guaranty

---

**4.48**

**Haynes Equipment**
Nonpriority Creditor's Name
15725 South Pflumm Road
Olathe, KS 66062
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____              $20,708.62

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Debt of Grant's Custom Homes, LLC - Notice Only

---

Debtor 1   Scott Eugene Grant

Case number (if known)

---

**4.49**

Heartland Stucco, Inc

Nonpriority Creditor's Name

2701 SW Ward Road

Lees Summit, MO 64082

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**                                   $0.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Debt of Grant's Custom Homes, LLC - Notice Only

---

**4.50**

Helt's Turf Farms LLC

Nonpriority Creditor's Name

24600 East State Route P

Pleasant Hill, MO 64080

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**                                   $0.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Debt of Grant's Custom Homes, LLC - Notice Only

---

**4.51**

Impact Electrical Solutions

Nonpriority Creditor's Name

915 SW Richwood Drive

Blue Springs, MO 64015

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**                                   $0.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Debt of Grant's Custom Homes, LLC - Notice Only

---

Debtor 1   Scott Eugene Grant

Case number (if known) _____

---

**4.5 2**

Jay Henges Enterprises Inc.
Nonpriority Creditor's Name

4133 Shnoreline Drive
Earth City, MO 63045-1211
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Debt of Grant's Custom Homes, LLC - Notice Only

---

**4.5 3**

Jayhawk Fire Sprinkler Co, Inc.
Nonpriority Creditor's Name

12030 South Hedge Lane Terrace
Olathe, KS 66061
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Debt of Grant's Custom Homes, LLC - Notice Only

---

**4.5 4**

Jpmcb
Nonpriority Creditor's Name

MailCode LA4-7100
700 Kansas Lane
Monroe, LA 71203
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** 6552          $14,427.00

**When was the debt incurred?** Opened 01/19  Last Active 10/24

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Credit Card

---

Debtor 1    Scott Eugene Grant

Case number (if known) _____

---

**4.5 5**

KAT Excavation, Inc.

Nonpriority Creditor's Name

309 North Oak Street

Bates City, MO 64011

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Debt of Grant's Custom Homes, LLC - Notice Only

---

**4.5 6**

KC Tech Systems

Nonpriority Creditor's Name

7868 NW 100th Street

Kansas City, MO 64153

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Debt of Grant's Custom Homes, LLC - Notice Only

---

**4.5 7**

KC Truss and Panel, Inc.

Nonpriority Creditor's Name

5403 SE US Highway 40

Blue Springs, MO 64015-6670

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Debt of Grant's Custom Homes, LLC - Notice Only

---

Debtor 1   Scott Eugene Grant

Case number (if known) _____

---

**4.58**

Kerrie and Kirk Mann
Nonpriority Creditor's Name
22117 S Walnut Bluff Road
Pleasant Hill, MO 64080
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____   Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   Warranty Issues for Grants Custom Homes

---

**4.59**

Kornis Electric Supply, Inc.
Nonpriority Creditor's Name
1000 SE Hambken Road
Lee's Summit, MO 64081
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____   $12,486.08

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   Judgement Case No. 2316-CV08361

---

**4.60**

Kuhlman Tile & Luxury Vinyl
Nonpriority Creditor's Name
614 SW Holloway Lane
Lees Summit, MO 64081
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____   $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   Debt of Grant's Custom Homes, LLC - Notice Only

---

Debtor 1   Scott Eugene Grant

Case number (if known) _____

| 4.6 1 | Lancaster Brothers Heating & Cooling Inc | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
49495 Metcalf Avenue
Stilwell, KS 66085
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Debt of Grant's Custom Homes, LLC - Notice Only

---

| 4.6 2 | Lead Bank | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
1801 Main Street
Kansas City, MO 64108
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Possible Guaranty for Grant's Custom Homes, LLC
Construction Deed of Trust re: 821 Eve Orchard Drive, Greenwood, MO 64034

---

| 4.6 3 | M.L. Crose Foundations | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
4512 North Allison
Sibley, MO 64088
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Debt of Grant's Custom Homes, LLC - Notice Only

---

Debtor 1    Scott Eugene Grant

Case number (if known) _____

---

**4.64**

McCray Lumber & Millwork

Nonpriority Creditor's Name

3200 McCormick Road
Kansas City, KS 66115

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Debt of Grant's Custom Homes, LLC - Notice Only

---

**4.65**

Midwest Lumber

Nonpriority Creditor's Name

26712 South Brickplant Road
Harrisonville, MO 64701

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Debt of Grant's Custom Homes, LLC - Notice Only

---

**4.66**

Mike Bryant Heating and Cooling

Nonpriority Creditor's Name

1711 East 123rd Terrace
Olathe, KS 66061

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Debt of Grant's Custom Homes, LLC - Notice Only

---

Debtor 1    Scott Eugene Grant

Case number (if known)

---

**4.67**

**P&JP Painting Construction, LLC**
Nonpriority Creditor's Name
1114 North Annie Street
Olathe, KS 66061
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Debt of Grant's Custom Homes, LLC - Notice Only

---

**4.68**

**Paramount Flooring**
Nonpriority Creditor's Name
1608 Halls Creek Avenue
Raymore, MO 64083
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Debt of Grant's Custom Homes, LLC - Notice Only

---

**4.69**

**Parker & Staci Logan**
Nonpriority Creditor's Name
505 Kellogg Road
Pleasant Hill, MO 64080
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Petition for Alledged Damages re: 23CA-CC00327

---

Debtor 1    Scott Eugene Grant

Case number (if known)

---

### 4.70

PennTech Inc

Nonpriority Creditor's Name

1755 SE County Road AA
Suite A
Blue Springs, MO 64014

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Debt of Grant's Custom Homes, LLC - Notice Only

---

### 4.71

Porter's Electric Company LLC

Nonpriority Creditor's Name

1001 Cedar Street
Pleasant Hill, MO 64080

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify    Possible Guaranty for Grant's Custom Homes, LLC

---

### 4.72

Prodigy Fire Solutions LLC

Nonpriority Creditor's Name

17715 South Merriott Road
Pleasant Hill, MO 64080

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Debt of Grant's Custom Homes, LLC - Notice Only

---

Debtor 1   Scott Eugene Grant

Case number (if known) _____

| 4.7 3 | Renner Garage Doors / Delden | | Last 4 digits of account number _____ | $0.00 |

**Renner Garage Doors / Delden**

Nonpriority Creditor's Name
3530 North Kimball Drive
Kansas City, MO 64161
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Debt of Grant's Custom Homes, LLC - Notice Only

$0.00

---

| 4.7 4 | Rensen House of Lights | | | $0.00 |

**Rensen House of Lights**

Nonpriority Creditor's Name
9212 Marshall Drive
Lenexa, KS 66215
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Debt of Grant's Custom Homes, LLC - Notice Only

---

| 4.7 5 | Rocky Mountain Fireplaces, LLC | | | $0.00 |

**Rocky Mountain Fireplaces, LLC**

Nonpriority Creditor's Name
19022 North Madison Street
Spring Hill, KS 66083
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Debt of Grant's Custom Homes, LLC - Notice Only

Debtor 1    Scott Eugene Grant

Case number (if known) _____

---

**4.7**
**6**

Rodriguez Contracting LLC

Nonpriority Creditor's Name

541 South 11th Street
Kansas City, KS 66105

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    $0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Debt of Grant's Custom Homes, LLC - Notice Only

---

**4.7**
**7**

Samson MAC, LLC

Nonpriority Creditor's Name

% Berkovitch & Bouskila, Pllc
1545 US 202
Pomona, NY 10970

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    Unknown

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Possible Guaranty for Grant's Custom Homes, LLC

---

**4.7**
**8**

Santa Fe Glass

Nonpriority Creditor's Name

Kane Enterprise Solutions LLC
5661 Telegrand Road, Suite 4B
Saint Louis, MO 63129-4275

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    $0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Debt of Grant's Custom Homes, LLC - Notice Only

---

Debtor 1   Scott Eugene Grant

Case number (if known)

---

| 4.7 9 | Simmons Bank | Last 4 digits of account number | $449,758.13 |

**Nonpriority Creditor's Name**
1800 SE Blue Parkway
Saint Louis, MO 63122

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Judgment Case No. 24CA-CC00072

---

| 4.8 0 | Small Business Administration | Last 4 digits of account number | $500,000.00 |

**Nonpriority Creditor's Name**
1000 Walnut Street
Suite 500
Kansas City, MO 64106-2156

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Possible Guaranty for Grant's Enterprise, LLC

---

| 4.8 1 | Southern Bank | Last 4 digits of account number | Unknown |

**Nonpriority Creditor's Name**
2991 Oak Grove Road
Poplar Bluff, MO 63901

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   Possible Guaranty for Grant's Custom Homes, LLC
Construction Deed of Trust re: 1520 Country Club Drive, Pleasant Hill, MO 64080

---

Debtor 1    Scott Eugene Grant

Case number (if known) _____

---

**4.8 2**

Southern Bank

Nonpriority Creditor's Name

2991 Oak Grove Road
Poplar Bluff, MO 63901

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Possible Guaranty for Grant's Custom Homes, LLC
Construction Deed of Trust re: 27415 East State Route P Highway, Pleasant Hill, MO 64080

---

**4.8 3**

Spire Energy

Nonpriority Creditor's Name

700 Market St
Saint Louis, MO 63101

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**Last 4 digits of account number** _____    $791.96

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Debt of Grant's Custom Homes, LLC - Notice Only

---

**4.8 4**

Sun Lumber

Nonpriority Creditor's Name

8630 Gibbs Road
Kansas City, KS 66111

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**Last 4 digits of account number** _____    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Debt of Grant's Custom Homes, LLC - Notice Only

---

Debtor 1    Scott Eugene Grant                                                         Case number (if known) _____

---

**4.8 5**

**Sunshine Disposal Service**                          **Last 4 digits of account number** _____            $0.00
Nonpriority Creditor's Name
23806 South Northridge Road                            **When was the debt incurred?** _____
Harrisonville, MO 64701
Number Street City State Zip Code                      **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                        ■ Contingent
☐ Debtor 2 only                                        ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                           ■ Disputed
■ At least one of the debtors and another              **Type of NONPRIORITY unsecured claim:**
**☐ Check if this claim is for a community**            ☐ Student loans
**debt**                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims
■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                       ■ Other. Specify    Debt of Grant's Custom Homes, LLC - Notice
☐ Yes                                                                      Only

---

**4.8 6**

**Synchrony Bank/Care Credit**                         **Last 4 digits of account number**  5217         $15,978.00
Nonpriority Creditor's Name
Attn: Bankruptcy                                       **When was the debt incurred?**  Opened 03/24  Last Active
Po Box 965060                                                                            8/21/24
Orlando, FL 32896
Number Street City State Zip Code                      **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                        ☐ Contingent
☐ Debtor 2 only                                        ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                           ☐ Disputed
☐ At least one of the debtors and another              **Type of NONPRIORITY unsecured claim:**
**☐ Check if this claim is for a community**            ☐ Student loans
**debt**                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims
■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                       ■ Other. Specify    Charge Account
☐ Yes

---

**4.8 7**

**The LCF Group, Inc.**                                **Last 4 digits of account number** _____        $239,746.14
Nonpriority Creditor's Name
3000 Marcus Avenue, Suite 2W15                         **When was the debt incurred?** _____
New Hyde Park, NY 11042
Number Street City State Zip Code                      **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                        ■ Contingent
☐ Debtor 2 only                                        ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                           ■ Disputed
■ At least one of the debtors and another              **Type of NONPRIORITY unsecured claim:**
**☐ Check if this claim is for a community**            ☐ Student loans
**debt**                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims
■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                       ■ Other. Specify   Judgment Case No. EC 24 603750
☐ Yes

---

Debtor 1    Scott Eugene Grant

Case number (if known)

| 4.8 8 | Timber Ridge Trim Company | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name

308 SW Bridlewood Lane
Lees Summit, MO 64081

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☐ Other. Specify

Debt of Grant's Custom Homes, LLC - Notice Only

| 4.8 9 | Tri-County Plumbing | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name

100 West Pacific Street
Kingsville, MO 64061

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify

Debt of Grant's Custom Homes, LLC - Notice Only

| 4.9 0 | U-Load-It Dumpsters Inc. | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name

16014 MO-291
Greenwood, MO 64034

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify

Debt of Grant's Custom Homes, LLC - Notice Only

Debtor 1  Scott Eugene Grant                                          Case number (if known) _____

| 4.9 1 | | | |
|---|---|---|---|

**United Roofing Services**                    **Last 4 digits of account number** _____    $0.00
Nonpriority Creditor's Name
7663 Main Street                               **When was the debt incurred?** _____
Kansas City, MO 64114
Number Street City State Zip Code              **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                ■ Contingent

☐ Debtor 2 only                                ■ Unliquidated

☐ Debtor 1 and Debtor 2 only                   ■ Disputed

■ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**   ☐ Student loans
**debt**
**Is the claim subject to offset?**            ☐ Obligations arising out of a separation agreement or divorce that you did not
                                               report as priority claims
■ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                              Debt of Grant's Custom Homes, LLC - Notice
☐ Yes                                          ■ Other. Specify  Only

---

**Part 3:**   **List Others to Be Notified About a Debt That You Already Listed**

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency
is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you
have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be
notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Name and Address                  On which entry in Part 1 or Part 2 did you list the original creditor?
Adam J. Feldman, Esq.             Line 4.87 of (Check one):
147 Willis Avenue                                             ☐ Part 1: Creditors with Priority Unsecured Claims
Mineola, NY 11501                                            ■ Part 2: Creditors with Nonpriority Unsecured Claims

                                  Last 4 digits of account number

Name and Address                  On which entry in Part 1 or Part 2 did you list the original creditor?
Amex                              Line 4.8 of (Check one):
P.o. Box 981537                                              ☐ Part 1: Creditors with Priority Unsecured Claims
El Paso, TX 79998                                           ■ Part 2: Creditors with Nonpriority Unsecured Claims

                                  Last 4 digits of account number

Name and Address                  On which entry in Part 1 or Part 2 did you list the original creditor?
Ariel Bouskila                    Line 4.87 of (Check one):
BERKOVITCH & BOUSKILA, PLLC                                  ☐ Part 1: Creditors with Priority Unsecured Claims
1545 Route 202                                              ■ Part 2: Creditors with Nonpriority Unsecured Claims
Pomona, NY 10970-2981
                                  Last 4 digits of account number

Name and Address                  On which entry in Part 1 or Part 2 did you list the original creditor?
Attorney General                  Line 4.80 of (Check one):
Main Justice Building                                        ☐ Part 1: Creditors with Priority Unsecured Claims
950 Pennsylvania Avenue NW                                  ■ Part 2: Creditors with Nonpriority Unsecured Claims
Washington, DC 20530-0001
                                  Last 4 digits of account number

Name and Address                  On which entry in Part 1 or Part 2 did you list the original creditor?
Bank of America                   Line 4.11 of (Check one):
Po Box 982238                                               ☐ Part 1: Creditors with Priority Unsecured Claims
El Paso, TX 79998                                          ■ Part 2: Creditors with Nonpriority Unsecured Claims

                                  Last 4 digits of account number

Name and Address                  On which entry in Part 1 or Part 2 did you list the original creditor?
Capital One                       Line 4.22 of (Check one):
Po Box 31293                                                ☐ Part 1: Creditors with Priority Unsecured Claims
Salt Lake City, UT 84131                                   ■ Part 2: Creditors with Nonpriority Unsecured Claims

                                  Last 4 digits of account number

Name and Address                  On which entry in Part 1 or Part 2 did you list the original creditor?
Capital One                       Line 4.23 of (Check one):
Po Box 31293                                                ☐ Part 1: Creditors with Priority Unsecured Claims
Salt Lake City, UT 84131                                   ■ Part 2: Creditors with Nonpriority Unsecured Claims

Debtor 1   Scott Eugene Grant                                    Case number (if known) _____

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Capital One<br>Po Box 31293<br>Salt Lake City, UT 84131 | Line **4.24** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>Capital One<br>Po Box 31293<br>Salt Lake City, UT 84131 | Line **4.25** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>Capital One<br>Po Box 31293<br>Salt Lake City, UT 84131 | Line **4.26** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>Christopher M. Napolitano<br>1100 Main Street<br>Suite 2121<br>Kansas City, MO 64105 | Line **4.1** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>Citibank<br>Po Box 6217<br>Sioux Falls, SD 57117 | Line **4.31** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>Commerce Bank<br>Attn Bankruptcy Notices<br>PO Box 419248 KCREC-10<br>Kansas City, MO 64141 | Line **4.33** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>Desarae G. Harrah<br>1903 Wyandotte Street, Suite 100<br>Kansas City, MO 64108 | Line **4.40** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>Discover Financial<br>Po Box 30939<br>Salt Lake City, UT 84130 | Line **4.37** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>Gabriel J. Breenbaum<br>McAnany, Van Cleave & Phillips, P.A.<br>10 East Cambridge Circle Drive<br>Suite 300<br>Kansas City, KS 66103 | Line **4.36** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>Gary J. Willnauer<br>Morrow Willnauer Church LLC<br>8330 Ward Parkway, Suite 300<br>Kansas City, MO 64111-4000 | Line **4.69** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>Gregory D. Todd | Line **4.79** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims |

Debtor 1   Scott Eugene Grant

Case number (if known) _____

Armstrong Teasdale LLP
2345 Grand Blvd, Suite 1500
Kansas City, MO 64108

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
Internal Revenue Service
Attn: Insolvency/Advisory
Mail Stop 5334 LSM
2850 NE Independence Ave
Lees Summit, MO 64064

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 2.2 of (Check one):
☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
JACOVETTI LAW, P.C.
194 Old Country Road
Mineola, NY 11501-4206

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.87 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
James F. Freeman, III
Swanson Midgley, LLC
2420 Pershing Road, Suite 400
Kansas City, MO 64108

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.1 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
James T. Lorenzetti
Robert A. Kumin, P.C.
5800 Foxridge Drive
Suite 306
Mission, KS 66202-2338

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.38 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
James T. Lorenzetti
Robert A. Kumin, P.C.
5800 Foxridge Drive
Suite 306
Mission, KS 66202-2338

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.39 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
James Z. Wilkerson
1100 Main Street, Suite 2121
Kansas City, MO 64105

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.81 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
Jpmcb
Po Box 15369
Wilmington, DE 19850

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.54 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
Kelsey R. Newland
700 West 47th Street, Suite 500
Kansas City, MO 64112

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.69 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
Kyle A. Branson
5501 Foxridge Drive
Mission, KS 66202

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.60 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
Louis J. Wade
Lewis Rice

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.44 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims

---

Debtor 1    Scott Eugene Grant

Case number (if known)

10484 Marty Street
Overland Park, KS 66212

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Michael L. Fortin<br>100 NE Tudor, Suite 101D<br>Lees Summit, MO 64086<br><br>Last 4 digits of account number | Line 4.59 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Michael P. Benson<br>Greensfelder, Hemker, & Gale<br>10 South Broadway, Suite 2000<br>Saint Louis, MO 63102<br><br>Last 4 digits of account number | Line 4.52 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Pappas Hayden Westberg & Jackson<br>PC<br>7500 W. 110th St Ste 110<br>Overland Park, KS 66210<br><br>Last 4 digits of account number | Line 4.62 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Peter R. Rottgers<br>Jennifer J. Price<br>2001 Wayandotte<br>Kansas City, MO 64108<br><br>Last 4 digits of account number | Line 4.13 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Robert Charles Jacovetti<br>100 Garden City Plz Ste 227<br>Garden City, NY 11530-3206<br><br>Last 4 digits of account number | Line 4.87 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Santa Fe Glass<br>145 East Lexington Avenue<br>Independence, MO 64050-3065<br><br>Last 4 digits of account number | Line 4.78 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Sharon L. Stolte & Emily L. Cipra<br>Sandberg Phoenix<br>4600 Madison Avenue, Suite 1000<br>Kansas City, MO 64112<br><br>Last 4 digits of account number | Line 4.3 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| SIMMONS FIRST NATIONAL<br>CORPORATION<br>7800 Forsyth<br>Clayton, MO 63105<br><br>Last 4 digits of account number | Line 4.79 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Small Business Administration<br>District Counsel<br>Richard Bolling Federal Bldg<br>601 E 12th St Room 965<br>Kansas City, MO 64106<br><br>Last 4 digits of account number | Line 4.80 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Southern Bank<br>1150 NE Douglas<br>Lees Summit, MO 64086 | Line 4.81 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Debtor 1   Scott Eugene Grant                                           Case number (if known) _____

_____
                                                          Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Synchrony Bank/Care Credit<br>Po Box 71757<br>Philadelphia, PA 19176 | Line 4.86 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Thomas R. Watson<br>4600 Madison Avenue<br>Suite 600<br>Kansas City, MO 64112 | Line 4.1 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| US Attorney<br>US Courthouse<br>500 State Avenue, Rm 360<br>Kansas City, KS 66101 | Line 2.2 of (Check one):<br>■ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| US Attorney<br>US Courthouse<br>400 E 9th   5th Fl<br>Kansas City, MO 64106 | Line 4.80 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

**Part 4:**   **Add the Amounts for Each Type of Unsecured Claim**

6.  **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 80,000.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 80,000.00 |

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 2,525,741.64 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 2,525,741.64 |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Scott Eugene Grant |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MISSOURI |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| Name, Number, Street, City, State and ZIP Code | |
| 2.1 | |
| Name | |
| Number    Street | |
| City    State    ZIP Code | |
| 2.2 | |
| Name | |
| Number    Street | |
| City    State    ZIP Code | |
| 2.3 | |
| Name | |
| Number    Street | |
| City    State    ZIP Code | |
| 2.4 | |
| Name | |
| Number    Street | |
| City    State    ZIP Code | |
| 2.5 | |
| Name | |
| Number    Street | |
| City    State    ZIP Code | |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Scott Eugene Grant |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MISSOURI |
| Case number | |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                      12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | Column 1: **Your codebtor** Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.1 | Grant's Custom Homes, LLC 800 Kellogg Road Pleasant Hill, MO 64080 | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.10___ ☐ Schedule G _____ Bank 21 |
| 3.2 | Grant's Custom Homes, LLC 800 Kellogg Road Pleasant Hill, MO 64080 | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.59___ ☐ Schedule G _____ Kornis Electric Supply, Inc. |
| 3.3 | Grant's Custom Homes, LLC 800 Kellogg Road Pleasant Hill, MO 64080 | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.71___ ☐ Schedule G _____ Porter's Electric Company LLC |

Debtor 1   Scott Eugene Grant _____   Case number *(if known)* _____

▉ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.4  Grant's Custom Homes, LLC<br>800 Kellogg Road<br>Pleasant Hill, MO 64080 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.81___<br>☐ Schedule G _____<br>Southern Bank |
| 3.5  Grant's Custom Homes, LLC<br>800 Kellogg Road<br>Pleasant Hill, MO 64080 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.82___<br>☐ Schedule G _____<br>Southern Bank |
| 3.6  Grant's Custom Homes, LLC<br>800 Kellogg Road<br>Pleasant Hill, MO 64080 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.79___<br>☐ Schedule G _____<br>Simmons Bank |
| 3.7  Grant's Custom Homes, LLC<br>800 Kellogg Road<br>Pleasant Hill, MO 64080 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.62___<br>☐ Schedule G _____<br>Lead Bank |
| 3.8  Grant's Custom Homes, LLC<br>800 Kellogg Road<br>Pleasant Hill, MO 64080 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.36___<br>☐ Schedule G _____<br>Cross First Bank |
| 3.9  Grant's Custom Homes, LLC<br>800 Kellogg Road<br>Pleasant Hill, MO 64080 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.34___<br>☐ Schedule G _____<br>CommunityAmerica Credit Union |
| 3.10  Grant's Custom Homes, LLC<br>800 Kellogg Road<br>Pleasant Hill, MO 64080 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.12___<br>☐ Schedule G _____<br>Bank of Prarie Village |
| 3.11  Grant's Custom Homes, LLC<br>800 Kellogg Road<br>Pleasant Hill, MO 64080 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.3___<br>☐ Schedule G _____<br>Academy Bank |

| Debtor 1 | Scott Eugene Grant | Case number (if known) | |
|----------|--------------------|-----------------------|---|

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|------------------------------|------------------------------------------------------------------------------------------|
| 3.12 Grant's Custom Homes, LLC<br>800 Kellogg Road<br>Pleasant Hill, MO 64080 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.69__<br>☐ Schedule G _____<br>Parker & Staci Logan |
| 3.13 Grant's Custom Homes, LLC<br>800 Kellogg Road<br>Pleasant Hill, MO 64080 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.13__<br>☐ Schedule G _____<br>Benjamin & Laura Stewart |
| 3.14 Grant's Custom Homes, LLC<br>800 Kellogg Road<br>Pleasant Hill, MO 64080 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.44__<br>☐ Schedule G _____<br>Ferguson Enterprises, LLC |
| 3.15 Grant's Custom Homes, LLC<br>800 Kellogg Road<br>Pleasant Hill, MO 64080 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.45__<br>☐ Schedule G _____<br>Flawless Custom Tile LLC |
| 3.16 Grant's Custom Homes, LLC<br>800 Kellogg Road<br>Pleasant Hill, MO 64080 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.28__<br>☐ Schedule G _____<br>Cardoza's Painting LLC |
| 3.17 Grant's Custom Homes, LLC<br>800 Kellogg Road<br>Pleasant Hill, MO 64080 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.1__<br>☐ Schedule G _____<br>A Bright Plumbing, LLC |
| 3.18 Grant's Custom Homes, LLC<br>800 Kellogg Road<br>Pleasant Hill, MO 64080 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.40__<br>☐ Schedule G _____<br>Elitecrete Construction |
| 3.19 Grant's Custom Homes, LLC<br>800 Kellogg Road<br>Pleasant Hill, MO 64080 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.72__<br>☐ Schedule G _____<br>Prodigy Fire Solutions LLC |

Debtor 1   Scott Eugene Grant _____    Case number *(if known)* _____

| | |
|---|---|
| **Additional Page to List More Codebtors** | |
| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.20   Grant's Custom Homes, LLC
800 Kellogg Road
Pleasant Hill, MO 64080

☐ Schedule D, line _____
■ Schedule E/F, line ___4.87___
☐ Schedule G _____
The LCF Group, Inc.

3.21   Grant's Custom Homes, LLC
800 Kellogg Road
Pleasant Hill, MO 64080

☐ Schedule D, line _____
■ Schedule E/F, line ___4.2___
☐ Schedule G _____
AA Quarry, LLC

3.22   Grant's Custom Homes, LLC
800 Kellogg Road
Pleasant Hill, MO 64080

☐ Schedule D, line _____
■ Schedule E/F, line ___4.4___
☐ Schedule G _____
Advanced Erosion Solutions

3.23   Grant's Custom Homes, LLC
800 Kellogg Road
Pleasant Hill, MO 64080

☐ Schedule D, line _____
■ Schedule E/F, line ___4.6___
☐ Schedule G _____
AH Quality Painting, LLC

3.24   Grant's Custom Homes, LLC
800 Kellogg Road
Pleasant Hill, MO 64080

☐ Schedule D, line _____
■ Schedule E/F, line ___4.7___
☐ Schedule G _____
Ahmann Design, Inc.

3.25   Grant's Custom Homes, LLC
800 Kellogg Road
Pleasant Hill, MO 64080

☐ Schedule D, line _____
■ Schedule E/F, line ___4.14___
☐ Schedule G _____
Binswanger Glass

3.26   Grant's Custom Homes, LLC
800 Kellogg Road
Pleasant Hill, MO 64080

☐ Schedule D, line _____
■ Schedule E/F, line ___4.15___
☐ Schedule G _____
Blue Cedar Landscape, LLC

3.27   Grant's Custom Homes, LLC
800 Kellogg Road
Pleasant Hill, MO 64080

☐ Schedule D, line _____
■ Schedule E/F, line ___4.16___
☐ Schedule G _____
Bob D. Campbell & Co.

Debtor 1    Scott Eugene Grant _____    Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|
| | Column 1: **Your codebtor** |

| | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

3.28    Grant's Custom Homes, LLC
800 Kellogg Road
Pleasant Hill, MO 64080

☐ Schedule D, line _____
■ Schedule E/F, line ___4.18___
☐ Schedule G _____
Brians Drywall & Painting

3.29    Grant's Custom Homes, LLC
800 Kellogg Road
Pleasant Hill, MO 64080

☐ Schedule D, line _____
■ Schedule E/F, line ___4.19___
☐ Schedule G _____
Builders FirstSource

3.30    Grant's Custom Homes, LLC
800 Kellogg Road
Pleasant Hill, MO 64080

☐ Schedule D, line _____
■ Schedule E/F, line ___4.21___
☐ Schedule G _____
Canyon Stone, Inc.

3.31    Grant's Custom Homes, LLC
800 Kellogg Road
Pleasant Hill, MO 64080

☐ Schedule D, line _____
■ Schedule E/F, line ___4.30___
☐ Schedule G _____
Castle Framing LLC

3.32    Grant's Custom Homes, LLC
800 Kellogg Road
Pleasant Hill, MO 64080

☐ Schedule D, line _____
■ Schedule E/F, line ___4.41___
☐ Schedule G _____
Evergy Inc

3.33    Grant's Custom Homes, LLC
800 Kellogg Road
Pleasant Hill, MO 64080

☐ Schedule D, line _____
■ Schedule E/F, line ___4.42___
☐ Schedule G _____
Factory Direct Appliance

3.34    Grant's Custom Homes, LLC
800 Kellogg Road
Pleasant Hill, MO 64080

☐ Schedule D, line _____
■ Schedule E/F, line ___4.46___
☐ Schedule G _____
Flawless Custom Tile LLC

3.35    Grant's Custom Homes, LLC
800 Kellogg Road
Pleasant Hill, MO 64080

☐ Schedule D, line _____
■ Schedule E/F, line ___4.47___
☐ Schedule G _____
Gaumats International LLC

Debtor 1    Scott Eugene Grant

Case number *(if known)*

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.36 Grant's Custom Homes, LLC<br>800 Kellogg Road<br>Pleasant Hill, MO 64080 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.48__<br>☐ Schedule G _____<br>Haynes Equipment |
| 3.37 Grant's Custom Homes, LLC<br>800 Kellogg Road<br>Pleasant Hill, MO 64080 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.49__<br>☐ Schedule G _____<br>Heartland Stucco, Inc |
| 3.38 Grant's Custom Homes, LLC<br>800 Kellogg Road<br>Pleasant Hill, MO 64080 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.50__<br>☐ Schedule G _____<br>Helt's Turf Farms LLC |
| 3.39 Grant's Custom Homes, LLC<br>800 Kellogg Road<br>Pleasant Hill, MO 64080 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.53__<br>☐ Schedule G _____<br>Jayhawk Fire Sprinkler Co, Inc. |
| 3.40 Grant's Custom Homes, LLC<br>800 Kellogg Road<br>Pleasant Hill, MO 64080 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.55__<br>☐ Schedule G _____<br>KAT Excavation, Inc. |
| 3.41 Grant's Custom Homes, LLC<br>800 Kellogg Road<br>Pleasant Hill, MO 64080 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.57__<br>☐ Schedule G _____<br>KC Truss and Panel, Inc. |
| 3.42 Grant's Custom Homes, LLC<br>800 Kellogg Road<br>Pleasant Hill, MO 64080 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.61__<br>☐ Schedule G _____<br>Lancaster Brothers Heating & Cooling Inc |
| 3.43 Grant's Custom Homes, LLC<br>800 Kellogg Road<br>Pleasant Hill, MO 64080 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.63__<br>☐ Schedule G _____<br>M.L. Crose Foundations |

| Debtor 1 | Scott Eugene Grant | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.44 | Grant's Custom Homes, LLC<br>800 Kellogg Road<br>Pleasant Hill, MO 64080 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.64___<br>☐ Schedule G _____<br>McCray Lumber & Millwork |
| 3.45 | Grant's Custom Homes, LLC<br>800 Kellogg Road<br>Pleasant Hill, MO 64080 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.65___<br>☐ Schedule G _____<br>Midwest Lumber |
| 3.46 | Grant's Custom Homes, LLC<br>800 Kellogg Road<br>Pleasant Hill, MO 64080 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.66___<br>☐ Schedule G _____<br>Mike Bryant Heating and Cooling |
| 3.47 | Grant's Custom Homes, LLC<br>800 Kellogg Road<br>Pleasant Hill, MO 64080 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.67___<br>☐ Schedule G _____<br>P&JP Painting Construction, LLC |
| 3.48 | Grant's Custom Homes, LLC<br>800 Kellogg Road<br>Pleasant Hill, MO 64080 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.68___<br>☐ Schedule G _____<br>Paramount Flooring |
| 3.49 | Grant's Custom Homes, LLC<br>800 Kellogg Road<br>Pleasant Hill, MO 64080 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.70___<br>☐ Schedule G _____<br>PennTech Inc |
| 3.50 | Grant's Custom Homes, LLC<br>800 Kellogg Road<br>Pleasant Hill, MO 64080 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.20___<br>☐ Schedule G _____<br>Burch Construction |
| 3.51 | Grant's Custom Homes, LLC<br>800 Kellogg Road<br>Pleasant Hill, MO 64080 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.27___<br>☐ Schedule G _____<br>Capital One |

| Debtor 1 | Scott Eugene Grant | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.52 Grant's Custom Homes, LLC<br>800 Kellogg Road<br>Pleasant Hill, MO 64080 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.73__<br>☐ Schedule G _____<br>Renner Garage Doors / Delden |
| 3.53 Grant's Custom Homes, LLC<br>800 Kellogg Road<br>Pleasant Hill, MO 64080 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.75__<br>☐ Schedule G _____<br>Rocky Mountain Fireplaces, LLC |
| 3.54 Grant's Custom Homes, LLC<br>800 Kellogg Road<br>Pleasant Hill, MO 64080 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.76__<br>☐ Schedule G _____<br>Rodriguez Contracting LLC |
| 3.55 Grant's Custom Homes, LLC<br>800 Kellogg Road<br>Pleasant Hill, MO 64080 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.83__<br>☐ Schedule G _____<br>Spire Energy |
| 3.56 Grant's Custom Homes, LLC<br>800 Kellogg Road<br>Pleasant Hill, MO 64080 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.84__<br>☐ Schedule G _____<br>Sun Lumber |
| 3.57 Grant's Custom Homes, LLC<br>800 Kellogg Road<br>Pleasant Hill, MO 64080 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.85__<br>☐ Schedule G _____<br>Sunshine Disposal Service |
| 3.58 Grant's Custom Homes, LLC<br>800 Kellogg Road<br>Pleasant Hill, MO 64080 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.88__<br>☐ Schedule G _____<br>Timber Ridge Trim Company |
| 3.59 Grant's Custom Homes, LLC<br>800 Kellogg Road<br>Pleasant Hill, MO 64080 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.89__<br>☐ Schedule G _____<br>Tri-County Plumbing |

Debtor 1  Scott Eugene Grant

Case number *(if known)*

---

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.60  Grant's Custom Homes, LLC<br>800 Kellogg Road<br>Pleasant Hill, MO 64080 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.90__<br>☐ Schedule G _____<br>U-Load-It Dumpsters Inc. |
| 3.61  Grant's Custom Homes, LLC<br>800 Kellogg Road<br>Pleasant Hill, MO 64080 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.91__<br>☐ Schedule G _____<br>United Roofing Services |
| 3.62  Grant's Custom Homes, LLC<br>800 Kellogg Road<br>Pleasant Hill, MO 64080 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.43__<br>☐ Schedule G _____<br>Fall River Holdings |
| 3.63  Grant's Custom Homes, LLC<br>800 Kellogg Road<br>Pleasant Hill, MO 64080 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.17__<br>☐ Schedule G _____<br>Brett and Kacey Wolff |
| 3.64  Grant's Custom Homes, LLC<br>800 Kellogg Road<br>Pleasant Hill, MO 64080 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.29__<br>☐ Schedule G _____<br>Carl and Mary Davis |
| 3.65  Grants Enterprise, LLC<br>800 Kellogg Road<br>Pleasant Hill, MO 64080 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.80__<br>☐ Schedule G _____<br>Small Business Administration |
| 3.66  Grants Enterprise, LLC<br>1001 Cedar Street<br>Pleasant Hill, MO 64080 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.44__<br>☐ Schedule G _____<br>Ferguson Enterprises, LLC |
| 3.67  Grants Enterprise, LLC<br>1001 Cedar Street<br>Pleasant Hill, MO 64080 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.13__<br>☐ Schedule G _____<br>Benjamin & Laura Stewart |

Debtor 1  Scott Eugene Grant _____  Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** <br> Check all schedules that apply: |
|---|---|
| 3.68  Grants Enterprise, LLC <br> 1001 Cedar Street <br> Pleasant Hill, MO 64080 | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line __4.36__ <br> ☐ Schedule G _____ <br> Cross First Bank |
| 3.69  Grants Enterprise, LLC <br> 1001 Cedar Street <br> Pleasant Hill, MO 64080 | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line __4.28__ <br> ☐ Schedule G _____ <br> Cardoza's Painting LLC |
| 3.70  Grants Enterprise, LLC <br> 1001 Cedar Street <br> Pleasant Hill, MO 64080 | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line __4.38__ <br> ☐ Schedule G _____ <br> Dykes Industries, Inc. |
| 3.71  Grants Enterprise, LLC <br> 1001 Cedar Street <br> Pleasant Hill, MO 64080 | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line __4.39__ <br> ☐ Schedule G _____ <br> Dykes Industries, Inc. |
| 3.72  Mindy Grant <br> 800 Kellogg Road <br> Pleasant Hill, MO 64080 | ☑ Schedule D, line __2.1__ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G _____ <br> Cass County Treasurer |
| 3.73  Mindy Grant <br> 800 Kellogg Road <br> Pleasant Hill, MO 64080 | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line __2.1__ <br> ☐ Schedule G _____ <br> Cass County Treasurer |
| 3.74  Missouri Attorney General <br> Supreme Court Building <br> 207 W. High Street <br> P.O. Box 899 <br> Jefferson City, MO 65102 | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line __2.3__ <br> ☐ Schedule G _____ <br> Missouri Dept of Revenue |
| 3.75  SEG Properties, LLC <br> 1001 Cedar Street <br> Pleasant Hill, MO 64080 | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line __4.44__ <br> ☐ Schedule G _____ <br> Ferguson Enterprises, LLC |

| Debtor 1 | Scott Eugene Grant | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.76  SEG Properties, LLC<br>1001 Cedar Street<br>Pleasant Hill, MO 64080 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.1___<br>☐ Schedule G _____<br>A Bright Plumbing, LLC |
| 3.77  SEG Properties, LLC<br>800 Kellogg Road<br>Pleasant Hill, MO 64080 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.35___<br>☐ Schedule G _____<br>Consolidated Supply Co Inc dba CKF |

**Fill in this information to identify your case:**

Debtor 1 ___Scott Eugene Grant_____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: ___WESTERN DISTRICT OF MISSOURI___

Case number _____
(If known)

Check if this is:
- ☐ An amended filing
- ☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income                                                    12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Describe Employment |
| --- | --- |

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
| --- | --- | --- | --- |
| | Employment status | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| | Occupation | Contractor | Office Administrator |
| | Employer's name | Elite-Builders LLC | Elite-Builders LLC |
| | Employer's address | 800 Kellogg Road<br>Pleasant Hill, MO 64080 | 800 Kellogg Road<br>Pleasant Hill, MO 64080 |
| | How long employed there? | 2 years | 2 years |

| Part 2: | Give Details About Monthly Income |
| --- | --- |

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
| --- | --- | --- | --- | --- |
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $          0.00 | $          0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$          0.00 | +$          0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $          0.00 | $          0.00 |

Debtor 1    Scott Eugene Grant

Case number (*if known*)

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** | 4. | $              0.00 | $              0.00 |

**5.** **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $              0.00 | $              0.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $              0.00 | $              0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $              0.00 | $              0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $              0.00 | $              0.00 |
| 5e. **Insurance** | 5e. | $              0.00 | $              0.00 |
| 5f. **Domestic support obligations** | 5f. | $              0.00 | $              0.00 |
| 5g. **Union dues** | 5g. | $              0.00 | $              0.00 |
| 5h. **Other deductions.** Specify: | 5h.+ | $              0.00 + | $              0.00 |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **6.** **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $              0.00 | $              0.00 |
| **7.** **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $              0.00 | $              0.00 |

**8.** **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $         9,000.00 | $         3,000.00 |
| 8b. **Interest and dividends** | 8b. | $              0.00 | $              0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $              0.00 | $              0.00 |
| 8d. **Unemployment compensation** | 8d. | $              0.00 | $              0.00 |
| 8e. **Social Security** | 8e. | $              0.00 | $              0.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $              0.00 | $              0.00 |
| 8g. **Pension or retirement income** | 8g. | $              0.00 | $              0.00 |
| 8h. **Other monthly income.** Specify: | 8h.+ | $              0.00 + | $              0.00 |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **9.** **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $         9,000.00 | $         3,000.00 |

| | | | | | |
|---|---|---|---|---|---|
| **10.** **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $   9,000.00 | + $   3,000.00 | = | $   12,000.00 |

**11.** **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: |  | 11. +$              0.00 |

**12.** **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies |  | 12. $   12,000.00

**Combined monthly income**

**13.** **Do you expect an increase or decrease within the year after you file this form?**

■ No.

☐ Yes. Explain:

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Scott Eugene Grant |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MISSOURI |
| Case number (If known) | |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

Official Form 106J

## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**   ☐ No

   Do not list Debtor 1 and Debtor 2.   ■ Yes. Fill out this information for each dependent...............

   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Son | 15 years | ☐ No  ■ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J,* check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | **Your expenses** |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ 3,503.00 |
| | If not included in line 4: | |
| 4a. | Real estate taxes | 4a. $ 1,100.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 200.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 400.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. $ 1,700.00 |

Debtor 1    Scott Eugene Grant                                                 Case number (if known)

| 6. | **Utilities:** | | | |
|---|---|---|---|---|
| | 6a. | Electricity, heat, natural gas | 6a. $ | 900.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 150.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 500.00 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 895.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 157.00 |
| 10. | **Personal care products and services** | | 10. $ | 80.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 249.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare.<br>Do not include car payments. | | 12. $ | 100.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 100.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 0.00 |
| 15. | **Insurance.**<br>Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 300.00 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 400.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.<br>Specify:  Personal Property Taxes | | 16. $ | 100.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.**<br>Specify: | | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify:  Misc. Expenses | | 21. +$ | 279.00 |

| 22. | **Calculate your monthly expenses** | | |
|---|---|---|---|
| | 22a. Add lines 4 through 21. | $ | 11,113.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | 11,113.00 |

| 23. | **Calculate your monthly net income.** | | |
|---|---|---|---|
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 12,000.00 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 11,113.00 |
| | 23c. Subtract your monthly expenses from your monthly income.<br>The result is your *monthly net income.* | 23c. $ | 887.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.    Explain here:

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Scott Eugene Grant |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MISSOURI |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X  /s/ Scott Eugene Grant | X |
|---|---|
| Scott Eugene Grant | |
| Signature of Debtor 1 | Signature of Debtor 2 |
| | |
| Date   January 31, 2025 | Date |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Scott Eugene Grant |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MISSOURI |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy          04/22

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

**Part 1:       Give Details About Your Marital Status and Where You Lived Before**

1. **What is your current marital status?**

   ■ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ■ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

   | Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
   |---|---|---|---|
   | | | | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ■ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2     Explain the Sources of Your Income**

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips | $9,000.00 | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

Debtor 1   Scott Eugene Grant

Case number *(if known)*

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **For last calendar year:** **(January 1 to December 31, 2024 )** | ■ Wages, commissions, bonuses, tips | $125,000.00 | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:** **(January 1 to December 31, 2023 )** | ■ Wages, commissions, bonuses, tips | $120,000.00 | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ■ No
   ☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income** (before deductions and exclusions) |

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

   ■ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?
   ☐ No.    Go to line 7.
   ■ Yes    List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
   * Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

   ☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☐ No.    Go to line 7.
   ☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| Dollar Bank Fsb Po Box 8469 Canton, OH 44711 | Monthly Payments of $3,503.00 | $10,509.00 | $682,379.00 | ■ Mortgage ☐ Car ☐ Credit Card ☐ Loan Repayment ☐ Suppliers or vendors ☐ Other___ |

Debtor 1   Scott Eugene Grant                                    Case number (*if known*)

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ■ No
   ☐ Yes. List all payments to an insider.

   | Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
   |---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ■ No
   ☐ Yes. List all payments to an insider

   | Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
   |---|---|---|---|---|

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ■ Yes. Fill in the details.

   | Case title Case number | Nature of the case | Court or agency | Status of the case |
   |---|---|---|---|
   | Parker & Staci Logan v. Debtor et al 23CA-CC00327 | Petition for Damages | Circuit Court of Cass County, Missouri 2501 West Mechanic Street Harrisonville, MO 64701 | ■ Pending ☐ On appeal ☐ Concluded |
   | Benjamin & Laura Stewart v. Debtor, et al 23CA-CC00242 | Petiton for Breach of Contract | Circuit Court of Cass County, Missouri 2501 West Mechanic Street Harrisonville, MO 64701 | ■ Pending ☐ On appeal ☐ Concluded |
   | Ferguson Enterprises, LLC v. Debtor, et al 23CA-CC00218 | Petition | Circuit Court of Cass County, Missouri 2501 West Mechanic Street Harrisonville, MO 64701 | ■ Pending ☐ On appeal ☐ Concluded |
   | Lead Bank v. Debtor, et al 23CA-CC00296 | Petition for Deficiency and on Guaranty | Circuit Court of Cass County, Missouri 2501 West Mechanic Street Harrisonville, MO 64701 | ☐ Pending ☐ On appeal ■ Concluded Judgment |
   | Cross First Bank v. Debtor, et al 2416-CV23613 | Petition | Circuit Court of Jackson County Missouri 415 East 12th Street 4th Floor Kansas City, MO 64106 | ☐ Pending ☐ On appeal ■ Concluded Judgment |

Debtor 1   Scott Eugene Grant                                              Case number *(if known)*

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Cross First Bank v. Debtor, et al 24CA-TJ00258 | Transcription / Registration of Judgment | Circuit Court of Cass County, Missouri 2501 West Mechanic Street Harrisonville, MO 64701 | ☐ Pending ☐ On appeal ☐ Concluded |
| Cross First Bank v. Debtor, et al 24CY-MC01354 | Transcription / Registration of Judgment | Circuit Court of Clay County, Missouri 11 South Water Street Liberty, MO 64068 | ☐ Pending ☐ On appeal ☐ Concluded |
| Cross First Bank v. Debtor, et al 24AE-TJ00253 | Transcription / Registration of Judgment | Circuit Court of Platte County Missouri 328 Main Street Suite 5-CH Platte City, MO 64079 | ☐ Pending ☐ On appeal ☐ Concluded |
| Simmons Bank v. Debtor, et al 24CA-CC00072 | Petition for Deficiency and on Guarantees | Circuit Court of Cass County, Missouri 2501 West Mechanic Street Harrisonville, MO 64701 | ☐ Pending ☐ On appeal ☑ Concluded  Judgment |
| Simmons Bank v. Debtor, et al 2416-MC05121 | Transcription / Registration of Judgment | Circuit Court of Jackson County Missouri 415 East 12th Street 4th Floor Kansas City, MO 64106 | ☐ Pending ☐ On appeal ☑ Concluded |
| Academy Bank v. Debtor, et al 24CA-CC00297 | Petition for Money Judgment | Circuit Court of Cass County, Missouri 2501 West Mechanic Street Harrisonville, MO 64701 | ☑ Pending ☐ On appeal ☐ Concluded |
| Flawless Custom Title LLC v. Debtor, et al 2316-MC06934 | Mechanic's Lien | Circuit Court of Jackson County Missouri 415 East 12th Street 4th Floor Kansas City, MO 64106 | ☐ Pending ☐ On appeal ☑ Concluded |
| Kornis Electric Supply, Inc. v. Debtor, et al 2316-CV08361 | Petition | Circuit Court of Jackson County Missouri 415 East 12th Street 4th Floor Kansas City, MO 64106 | ☐ Pending ☐ On appeal ☑ Concluded  Judgment |
| The LCF Group, Inc. v. Debtor et al EC 24 603750 | Petition | Supreme Court of the State of New York County of Nassau | ☐ Pending ☐ On appeal ☑ Concluded  Judgment |
| Scott Eugene Grant v. Lawsuit against Michael Burns/Jameson Homes | | | ☑ Pending ☐ On appeal ☐ Concluded |

Debtor 1    Scott Eugene Grant                                          Case number (*if known*) _____

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.
■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property | Date | Value of the property |
|---|---|---|---|
| | **Explain what happened** | | |
| Bank 21<br>Blue Springs Banking Center<br>3301 SW Highway 7<br>Blue Springs, MO 64014 | Corbin Acres Lot 8, 9, 11, 14<br>Pleasant Hill<br><br>☐ Property was repossessed.<br>■ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | | $0.00 |
| Bank 21<br>Blue Springs Banking Center<br>3301 SW Highway 7<br>Blue Springs, MO 64014 | 1012 N 7 Hwy<br>Pleasant Hill<br><br>☐ Property was repossessed.<br>■ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | | $0.00 |
| Bank 21<br>Blue Springs Banking Center<br>3301 SW Highway 7<br>Blue Springs, MO 64014 | 1101 N Maple<br>Pleasant Hill<br><br>☐ Property was repossessed.<br>■ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | | $0.00 |
| Bank 21<br>Blue Springs Banking Center<br>3301 SW Highway 7<br>Blue Springs, MO 64014 | 11041 7 Hwy<br>Pleasant Hill<br><br>☐ Property was repossessed.<br>■ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | | $0.00 |
| Bank 21<br>Blue Springs Banking Center<br>3301 SW Highway 7<br>Blue Springs, MO 64014 | 316 Webster<br>Pleasant Hill<br><br>☐ Property was repossessed.<br>■ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | | $0.00 |
| Bank 21<br>Blue Springs Banking Center<br>3301 SW Highway 7<br>Blue Springs, MO 64014 | 202 Taylor<br>Pleasant Hill<br><br>☐ Property was repossessed.<br>■ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | | $0.00 |

Debtor 1   Scott Eugene Grant                                    Case number (*if known*) _____

| Creditor Name and Address | Describe the Property<br><br>**Explain what happened** | Date | Value of the property |
|---|---|---|---|
| Southern Bank<br>2991 Oak Grove Road<br>Poplar Bluff, MO 63901 | 1010 Sugarland<br>Pleasant Hill<br><br>☐ Property was repossessed.<br>■ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | | $0.00 |
| Bank 21<br>Blue Springs Banking Center<br>3301 SW Highway 7<br>Blue Springs, MO 64014 | 1602 Country Club<br>Pleasant Hill<br><br>☐ Property was repossessed.<br>■ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | | $0.00 |
| Academy Bank<br>PO Box 26458<br>Kansas City, MO 64196 | 1518 Country Club<br>Pleasant Hill<br><br>☐ Property was repossessed.<br>■ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | | $0.00 |
| Academy Bank<br>PO Box 26458<br>Kansas City, MO 64196 | 1516 Country Club<br>Pleasant Hill<br><br>☐ Property was repossessed.<br>■ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | | $0.00 |
| Bank 21<br>Blue Springs Banking Center<br>3301 SW Highway 7<br>Blue Springs, MO 64014 | 1512 Coutry Club<br>Pleasant Hill<br><br>☐ Property was repossessed.<br>■ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | | $0.00 |
| Bank 21<br>Blue Springs Banking Center<br>3301 SW Highway 7<br>Blue Springs, MO 64014 | 1510 Country Club<br>Pleasant Hill<br><br>☐ Property was repossessed.<br>■ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | | $0.00 |

Debtor 1   Scott Eugene Grant                                    Case number (*if known*)

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| CommunityAmerica Credit Union<br>9777 Ridge Drive<br>Lenexa, KS 66219 | 601 Kellogg<br>Pleasant Hill<br><br>☐ Property was repossessed.<br>■ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | | $0.00 |
| Simmons Bank<br>1800 SE Blue Parkway<br>Saint Louis, MO 63122 | 505 Kellogg<br>Pleasant Hill<br><br>☐ Property was repossessed.<br>■ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | | $0.00 |
| Cross First Bank<br>4622 Pennsylvania Avenue<br>Suite 1500<br>64112 | 306 17th<br>Oak Grove<br><br>☐ Property was repossessed.<br>■ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | | $0.00 |
| Cross First Bank<br>4622 Pennsylvania Avenue<br>Suite 1500<br>64112 | 304 17th<br>Oak Grove<br><br>☐ Property was repossessed.<br>■ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | | $0.00 |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

   ■ No
   ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

   ■ No
   ☐ Yes

**Part 5:    List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

   ■ No
   ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

Debtor 1  Scott Eugene Grant

Case number (*if known*)

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

## Part 6: List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

## Part 7: List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Evans and Mullinix PA<br>7225 Renner Rd  Ste 200<br>Shawnee, KS 66217-3043<br>www.emlawkc.com | Credit Report Fee, Credit Counseling Fee, Filing Fee, & Attorney Fees | 12/10/2024 - $10,000.00<br>1/29/2025 - $4,000.00 | $14,000.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Various | Transfer of 19% interest in Kellogg Holding Co, Inc. | Satisfaction of the claims of Royal Constructing Solutions, LLC, Michael & Stacy Weiner, MLC Cross Foundations, LLC | July 2024 |

Debtor 1    Scott Eugene Grant                                          Case number *(if known)*

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
■ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Community Bank of Pleasant Hill | XXXX- | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | June 2024 | $0.00 |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:    Identify Property You Hold or Control for Someone Else**

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ No
■ Yes.  Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| Jack Corbin | 800 Kellogg Road<br>Pleasant Hill, MO 64080 | 1973 Yellow Corevette | Unknown |
| Mark Corbin | 800 Kellogg Road<br>Pleasant Hill, MO 64080 | 2 Gun Safes | Unknown |

Debtor 1   Scott Eugene Grant                                             Case number *(if known)*

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| Mark Corbin | 800 Kellogg Road<br>Pleasant Hill, MO 64080 | 3 Horses | Unknown |
| Mark Corbin | 800 Kellogg Road<br>Pleasant Hill, MO 64080 | Black Flatbed Trailer | Unknown |

**Part 10:**   **Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

   - ■ **No**
   - ☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

   - ■ **No**
   - ☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   - ■ **No**
   - ☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

**Part 11:**   **Give Details About Your Business or Connections to Any Business**

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

   - ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
   - ■ A member of a limited liability company (LLC) or limited liability partnership (LLP)
   - ☐ A partner in a partnership
   - ☐ An officer, director, or managing executive of a corporation
   - ☐ An owner of at least 5% of the voting or equity securities of a corporation

Debtor 1   Scott Eugene Grant                                                    Case number *(if known)*

☐   **No. None of the above applies.  Go to Part 12.**

☑   **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| Grants Enterprise, LLC<br>800 Kellogg Road<br>Pleasant Hill, MO 64080 | General Contracting / Holding Company | EIN: 39-2069977<br>From-To 2007-2024 |
| Porters Electric Company, LLC<br>800 Kellogg Road<br>Pleasant Hill, MO 64080 | Electrical Contracting | EIN: 85-2370584<br>From-To 2020-2024 |
| Grants Custom Homes, LLC<br>800 Kellogg Road<br>Pleasant Hill, MO 64080 | General Contracting Single Family New Construction Building | EIN: 83-2285920<br>From-To 2018-2024 |
| SEG Properties, LLC<br>800 Kellogg Road<br>Pleasant Hill, MO 64080 | Real Estate Holding | EIN: 81-2982435<br>From-To 2016-2024 |
| Kellogg Holding Company LLC<br>800 Kellogg Road<br>Pleasant Hill, MO 64080 | Real Estate Holding | EIN: 33-2142072<br>From-To 8/2024 to present |
| Elite-Builders LLC<br>800 Kellogg Road<br>Pleasant Hill, MO 64080 | General Contracting Single Family New Construction Building | EIN: 92-1610148<br>From-To 2023-2024 |
| CGG Properties LLC<br>800 Kellogg Road<br>Pleasant Hill, MO 64080 | Real Estate Holding | EIN: 81-4316769<br>From-To 2016-2024 |
| Country Club Villas LLC<br>800 Kellogg Road<br>Pleasant Hill, MO 64080 | Real Estate Holding | EIN: 86-2819080<br>From-To 2021-2024 |
| Grants Realty Team LLC<br>800 Kellogg Road<br>Pleasant Hill, MO 64080 | Real Estate Sales | EIN: 82-1442037<br>From-To 2017 - present |
| Lakes Edge Country Club LLC<br>800 Kellogg Road<br>Pleasant Hill, MO 64080 | Real Estate Holding | EIN: 83-3827934<br>From-To 2019 - present |
| Oak Grove 72 LLC<br>800 Kellogg Road<br>Pleasant Hill, MO 64080 | Real Estate Holding | EIN: 84-382-7934<br>From-To 2019 - present |
| Tall Grass Development LLC<br>800 Kellogg Road<br>Pleasant Hill, MO 64080 | Real Estate Holding | EIN: 81-4189140<br>From-To 2016-2024 |
| Woodland Acres LLC<br>800 Kellogg Road<br>Pleasant Hill, MO 64080 | Real Estate Holding | EIN: 47-5128145<br>From-To 2015-2022 |

Debtor 1    Scott Eugene Grant

Case number (*if known*)

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| Loch Leonard LLC<br>800 Kellogg Road<br>Pleasant Hill, MO 64080 | Real Estate Holding | EIN:    45-4087710<br><br>From-To  2011 - present |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

   ■ No
   ☐ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

Debtor 1    Scott Eugene Grant _____    Case number *(if known)* _____

---

## Part 12:  Sign Below

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

/s/ Scott Eugene Grant _____            _____

Scott Eugene Grant                                **Signature of Debtor 2**
**Signature of Debtor 1**

**Date**   January 31, 2025 _____            **Date** _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

Debtor 1 _____ Scott Eugene Grant _____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the:  Western District of Missouri

Case number _____
(if known)

☐ Check if this is an amended filing

## Official Form 122B
# Chapter 11 Statement of Your Current Monthly Income                12/21

You must file this form if you are an individual and are filing for bankruptcy under Chapter 11 (other than Subchapter V). If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

**Part 1:**    **Calculate Your Current Monthly Income**

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married**. Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ■ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  |  | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 3,183.33 | $ _____ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ _____ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ _____ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ | 0.00 | | |
| Ordinary and necessary operating expenses | -$ | 0.00 | | |
| Net monthly income from a business, profession, or farm | $ | 0.00 | **Copy here ->** $ 0.00 | $ _____ |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ | 0.00 | | |
| Ordinary and necessary operating expenses | -$ | 0.00 | | |
| Net monthly income from rental or other real property | $ 0.00 | **Copy here ->** $ 0.00 | | $ _____ |

Debtor 1  Scott Eugene Grant                                    Case number (*if known*)

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|
| 7. **Interest, dividends, and royalties** | $ 0.00 | $ |
| 8. **Unemployment compensation** | $ 0.00 | $ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you                                        $ 0.00

For your spouse                       $

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

| | | |
|---|---|---|
| | $ 0.00 | $ |

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

| | | |
|---|---|---|
| | $ | $ |
| | $ 0.00 | $ |
| Total amounts from separate pages, if any. | + $ 0.00 | $ |

11. **Calculate your total current monthly income.**

Add lines 2 through 10 for each column.

Then add the total for Column A to the total for Column B.

$ 3,183.33  + $ _____  = $ 3,183.33

Debtor 1    Scott Eugene Grant                                                    Case number (*if known*) _____

---

| **Part 2:** | **Sign Below** |

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

**X** /s/ Scott Eugene Grant
_____
Scott Eugene Grant
Signature of Debtor 1

Date  January 31, 2025
_____
MM / DD  / YYYY

---

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

You are an individual filing for bankruptcy, and

Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $78 | administrative fee |
| + $15 | trustee surcharge |
| $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

**Chapter 11: Reorganization**

|   | $1,167 | filing fee |
|---|---|---|
| + | $571 | administrative fee |
|   | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|-----------|
| + | $78  | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

---

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|-----------|
| + | $78  | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,

- most student loans,

- certain taxes,

- debts for fraud or theft,

- debts for fraud or defalcation while acting in a fiduciary capacity,

- most criminal fines and restitution obligations,

- certain debts that are not listed in your bankruptcy papers,

- certain debts for acts that caused death or personal injury, and

- certain long-term secured debts.

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from:
http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to:
http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.